IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


JOSE GONZALEZ GOMEZ, et al., individually          )

and on behalf of all others similarly situated          )

                                                                         )

                            Plaintiffs,                          )

            v.                                                        )          Case No.

_____                                 )

                                                                         )

EPIC LANDSCAPE PRODUCTIONS, L.C.              )

                                                                         )

                            Defendant.                        )


CONSENT TO JOIN


My name is *Abraham De Jesus Barrera* (print full name). I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.


*Abraham De Jesus Barrera*                              *Abraham Barrera*
_____                  _____
Full Name (print clearly)                                 Signature
Date 05 / 22 / 22

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente          )
y en nombre de todos los demás nombrados de manera similar.          )

                                                                                    )
                        Demandantes,          )
            v.                                              )          Causa
Número_____                                   )

                                                                                    )
EPIC LANDSCAPE PRODUCTIONS, L.C.          )

                                                                                    )
                        Demandado          )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es ___Alberto Aleman Charles___(nombre completo).    Trabajé en Epic
Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la
presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de
Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este
procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que
impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse
después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al
Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram
& Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la
demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos,
honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.
Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio
nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de
Bertram & Graf, LLC.

___Alberto Aleman Charles___                    ___Alberto Aleman Charles___
Nombre completo (escribir de forma clara)                    Firma
Fecha

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente   )
y en nombre de todos los demás nombrados de manera similar.   )

                  )
       Demandantes,    )
   v.            )   Causa
Número_____   )

                  )
EPIC LANDSCAPE PRODUCTIONS, L.C.  )
                  )
       Demandado    )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Alexis Santiago Lopez_ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegi ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Alexis Santiago Lopez_       _PSL_
Nombre completo (escribir de forma clara)    Firma
Fecha _05 / 25 / 2022_

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente　　　　)
y en nombre de todos los demás nombrados de manera similar.　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Demandantes,　　　　　　　)
　　　v.　　　　　　　　　　　　　　　　　　)　　Causa
Número_____　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
EPIC LANDSCAPE PRODUCTIONS, L.C.　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Demandado　　　　　　　)

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Alfredo Alfonso Sánchez Valdez_ (nombre completo).    Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Alfredo Alfonso Sánchez Valdez_　　　　　　　　_Alfredo A. Sanchez V._
Nombre completo (escribir de forma clara)　　　　　　　　Firma
Fecha _Mayo 19, 2022_

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente    )
y en nombre de todos los demás nombrados de manera similar.    )

         )
        Demandantes,    )
    v.    )    Causa
Número_____    )

         )
EPIC LANDSCAPE PRODUCTIONS, L.C.    )
         )
        Demandado    )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Andrés E Liriano D_ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


_ANDRES, Eduvige LiRiANo Dévora_                                                  
Nombre completo (escribir de forma clara)              Firma
Fecha

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar.   )

             )
        Demandantes,   )
     v.          )   Causa
Número_____ )
             )
EPIC LANDSCAPE PRODUCTIONS, L.C.  )
             )
        Demandado   )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Angel BAEZ AMely_ (nombre completo).   Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Angel BAEZ Amely_
Nombre completo (escribir de forma clara)

_Angel Báez Amely_
Firma

Fecha  05/23/2022

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente    )
y en nombre de todos los demás nombrados de manera similar.    )
    )
        Demandantes,    )
    v.    )   Causa
Número_____    )
    )
EPIC LANDSCAPE PRODUCTIONS, L.C.    )
    )
        Demandado    )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Angel F. Hernández_ (nombre completo).   Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.   También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.   Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_ANGEL F. HERNANDEZ_
Nombre completo (escribir de forma clara)

_Angel F. Hernández_
Firma

Fecha  05/23/2022

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente          )
y en nombre de todos los demás nombrados de manera similar.          )

                                    )
                    Demandantes,          )
       v.                        )     Causa
Número_____

                                      )
EPIC LANDSCAPE PRODUCTIONS, L.C.          )
                                    )
                  Demandado          )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es ___Angel Torres Cotto___ (nombre completo).    Trabajé en Epic
Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la
presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de
Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este
procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que
impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse
después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al
Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram
& Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la
demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos,
honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.
Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio
nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de
Bertram & Graf, LLC.

___Angel Torres Cotto   05/23/22___
Nombre completo (escribir de forma clara)
Fecha

                                                                      Firma

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar. )
                                                             )
                          Demandantes,                       )
         v.                                                  )    Causa
Número_____                              )
                                                             )
EPIC LANDSCAPE PRODUCTIONS, L.C.                             )
                                                             )
                          Demandado                          )

**CONSENTIMIENTO PARA UNIRSE**

Mi nombre es *Angel L. ortiz Perez* (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

*Angel L. ortiz Perez*
Nombre completo (escribir de forma clara)
Fecha

*Angel L. Ortiz Perez*
Firma

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOSE GONZALEZ GOMEZ, et al., individually )
and on behalf of all others similarly situated )
                                           )

               Plaintiffs,     )

      v.                       )   Case No. _____

                                   )

EPIC LANDSCAPE PRODUCTIONS, L.C.  )

              Defendant.    )

## CONSENT TO JOIN

My name is _Antonio Santana_ (print full name). I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.

_Antonio Santana Arce_
Full Name (print clearly)

_[signature]_
Signature

05 / 25 / 2022
Date

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente            )
y en nombre de todos los demás nombrados de manera similar.            )
                                                                                              )
                                    Demandantes,                      )
            v.                                                         )            Causa
Número_____                                         )
                                                                                              )
EPIC LANDSCAPE PRODUCTIONS, L.C.                       )
                                                                                              )
                                    Demandado                          )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es _____ (nombre completo).    Trabajé en Epic
Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la
presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de
Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este
procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que
impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse
después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al
Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram
& Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la
demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos,
honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.
Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio
nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de
Bertram & Graf, LLC.


*appolinar Trinidad*                                    *Gpolina Trinidad*
Nombre completo (escribir de forma clara)                                    Firma
Fecha

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar. )

                          )
            Demandantes, )
       v. )        Causa
Número_____ )

                          )
EPIC LANDSCAPE PRODUCTIONS, L.C. )
                          )
            Demandado )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Arnaldo ppena Delgado_ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Arnaldo ppena Delgado_

Nombre completo (escribir de forma clara)               Firma
Fecha

# Consent to Join Form - English

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JOSE GONZALEZ GOMEZ, et al., individually and on behalf of all others similarly situated | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. _____ |
| EPIC LANDSCAPE PRODUCTIONS, L.C. | ) ) | |
| Defendant. | ) ) | |

## CONSENT TO JOIN

My name is Austin Tyler Black (print full name).  I worked at Epic Landscape Productions, L.C. in the last three years.  By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings.  I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed.  By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit.  I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.


Austin Black
Full Name (print clearly)                    Signature  Date 5/19/22



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSE GONZALEZ GOMEZ, et al., individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>EPIC LANDSCAPE PRODUCTIONS, L.C.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. _____<br>)<br>)<br>)<br>) |

### CONSENT TO JOIN

My name is _____ (print full name).  I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings.  I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed.  By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit.  I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.


_____        _____
Full Name (print clearly)                Signature                    Date

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente          )
y en nombre de todos los demás nombrados de manera similar.          )

                                                                         )
                          Demandantes,          )
              v.                                    )          Causa
Número_____          )

                                                                         )
EPIC LANDSCAPE PRODUCTIONS, L.C.          )
                                                                         )
                          Demandado          )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Cesar Augusto Romeu Flor_(nombre completo).    Trabajé en Epic
Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la
presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de
Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este
procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que
impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse
después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al
Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram
& Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la
demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos,
honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.
Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio
nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de
Bertram & Graf, LLC.

_Cesar Augusto Romeu Flores_          _Cesar Romeu Fl._
Nombre completo (escribir de forma clara)          Firma
Fecha

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOSE GONZALEZ GOMEZ, et al., individually )
and on behalf of all others similarly situated )
                                         )
           Plaintiffs, )
     v.                                 )     Case No. _____
                                           )
EPIC LANDSCAPE PRODUCTIONS, L.C. )
           Defendant. )

### CONSENT TO JOIN

My name is ___Charles Larry Nelson Jr___ (print full name). I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.


___Charles Larry Nelson Jr___        ___Charles Larry Nelson___   5-26-2022
**Full Name (print clearly)**            Signature                         Date

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
### POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar.                )

                          )
         Demandantes,     )
      v.                    )      Causa
Número___Claudia Peraza___
                          )
EPIC LANDSCAPE PRODUCTIONS, L.C.   )
                          )
         Demandado     )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es __Claudia Peraza__ (nombre completo).     Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

ClaudiaBeatriz peraza___Claudia Peraza___

Nombre completo (escribir de forma clara)          Firma
Fecha
5/19/2022

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

| | |
|---|---|
| JOSE GONZALEZ GOMEZ, et al., individualmente y en nombre de todos los demás nombrados de manera similar. | ) ) |
| Demandantes, | ) ) |
| v. | ) Causa Número _____ |
| EPIC LANDSCAPE PRODUCTIONS, L.C. | ) ) ) |
| Demandado | ) |

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es ~David palma Martinez~ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


~David palma Martinez~
Nombre completo (escribir de forma clara)
Fecha ~5|20|2022~

~Firma~
Firma

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GÓMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar.    )

                                   )

               Demandantes,            )

        v.                               )        Causa

Número_____

                                     )

EPIC LANDSCAPE PRODUCTIONS, L.C.     )

                                     )

              Demandado           )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es <u>David Rodriguez Bracero</u> (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


<u>David Rodriguez Bracero</u>
Nombre completo (escribir de forma clara)
Fecha 26 de mayo del 2022

<u>David Rodriguez Bracero</u>
Firma

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente
y en nombre de todos los demás nombrados de manera similar.
Demandantes,                                          Causa Número_____

EPIC LANDSCAPE PRODUCTIONS, L.C. (Demandado)

CONSENTIMIENTO PARA UNIRSE

Mi nombre es *Edwin O. Vargas Resto* (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

*Edwin O. Vargas Resto*

Nombre completo (escribir de forma clara)          Firma: _____

                                                   Fecha: 5/19/2022



# EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente  )
y en nombre de todos los demás nombrados de manera similar.  )

)

Demandantes,  )

v.  )

Número_____  )     Causa

)

EPIC LANDSCAPE PRODUCTIONS, L.C.  )

)

)

Demandado  )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es ___Erick Zayas Morales___ (nombre completo).   Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.  Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


_Erick Zayas Morales_                              _Erick Zayas Morales_
Nombre completo (escribir de forma clara)          Firma
Fecha

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente     )
y en nombre de todos los demás nombrados de manera similar.     )

                         )
                Demandantes,       )
      v.                     )     Causa
Número_____

                         )
EPIC LANDSCAPE PRODUCTIONS, L.C.     )
                         )
                Demandado       )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es _____ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


*Fabion Quezada Avila*

Nombre completo (escribir de forma clara)
Fecha

*Fabian Quezada A.*

Firma

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente )

y en nombre de todos los demás nombrados de manera similar. )

)

         Demandantes, )

   v. )    Causa

Número_____

)

EPIC LANDSCAPE PRODUCTIONS, L.C. )

)

     Demandado )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es ~~Francisco J. Hernandez~~ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

Francisco J. Hernandez         05/26/2022

| Nombre | completo | (escribir | de | forma |
| clara) | | Firma Francisco J. Hernandez | Fecha | |

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar. )

                       )
           Demandantes,     )
    v.                             )    Causa
Número_____

                       )
EPIC LANDSCAPE PRODUCTIONS, L.C.    )
                       )
          Demandado     )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es G Joel Quinones V. (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

Gerardo Joel Quinones Vargas
Nombre completo (escribir de forma clara)
Fecha

G Joel Quinones V.
Firma

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar.     )

                              )
              Demandantes,          )
    v.                              )     Causa
Número_____
                              )
EPIC LANDSCAPE PRODUCTIONS, L.C.    )
                              )
              Demandado        )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es *Gregorio Hernandez* (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

*Gregorio Hernandez*
Nombre completo (escribir de forma clara)
Fecha *05-20-22*

*Gregorio Hernandez*
Firma

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JOSE GONZALEZ GOMEZ, et al., individually | ) | |
| and on behalf of all others similarly situated | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| EPIC LANDSCAPE PRODUCTIONS, L.C. | ) | |
| | ) | |
| Defendant. | ) | |

### CONSENT TO JOIN

My name is _____ (print full name). I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.

Guillermo A. Suarez
Full Name (print clearly)

B. ⟋⟋⟋
Signature

5/25/22
Date

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente    )
y en nombre de todos los demás nombrados de manera similar.    )

                )
          Demandantes,      )
      v.              )     Causa
Número_____  )

                )
EPIC LANDSCAPE PRODUCTIONS, L.C.    )
                )
          Demandado       )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es *Herminio Segarra* (nombre completo).  Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.  Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

*Herminio Segarra*                            *Herminio Segarra*
Nombre completo (escribir de forma clara)          Firma
Fecha

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JOSE GONZALEZ GOMEZ, et al., individually )
and on behalf of all others similarly situated )
)
            Plaintiffs, )
   v. )     Case No. _____
)
EPIC LANDSCAPE PRODUCTIONS, L.C. )
)
          Defendant. )

**CONSENT TO JOIN**

My name is __Ivan Cortes-Dominguez_____(print full name).  I worked at Epic Landscape Productions, L.C. in the last three years.  By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings.  I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed.  By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit.  I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.


Ivan Cortes-Dominguez
Full Name (print clearly)                    Signature

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOSE GONZALEZ GOMEZ, et al., individually
and on behalf of all others similarly situated )
                            )

               Plaintiffs, )

        v. )
                            )      Case No. _____

EPIC LANDSCAPE PRODUCTIONS, L.C. )

               Defendant. )

## CONSENT TO JOIN

My name is _____ (print full name). I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.


J ASCENCION ADAME  GUERRERO      J Ascencion Adame Guerrero
Full Name (print clearly)                 Signature                         Date

                                                                     20-MAY-22

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOSE GONZALEZ GOMEZ, et al., individually )
and on behalf of all others similarly situated )
                                                     )
               Plaintiffs,        )
     v.                         )     Case No. _____
                                                       )
EPIC LANDSCAPE PRODUCTIONS, L.C. )
                                                     )
            Defendant.       )

### CONSENT TO JOIN

My name is ___Jam Carlos Santiago Maldonado___(print full name). I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.

Jam Carlos Santiago Maldonado                                           
Full Name (print clearly)               Signature                      Date

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JOSE GONZALEZ GOMEZ, et al., individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )     Case No. _____ |
| | ) |
| EPIC LANDSCAPE PRODUCTIONS, L.C. | ) ) |
| Defendant. | ) |

**CONSENT TO JOIN**

My name is _Javier Diodonet Caraballo_ (print full name). I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.

_Javier Diodonet Caraballo_
Full Name (print clearly)

_Javier Diodonet_          **05/20/2022**
Signature                              Date



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSE GONZALEZ GOMEZ, et al., individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. _____ ) |
| EPIC LANDSCAPE PRODUCTIONS, L.C. | ) ) |
| Defendant. | ) ) |

### CONSENT TO JOIN

My name is _____Jesse Carpenter_____ (print full name). I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.


_____Jesse Carpenter_____          _____          5-26-22
Full Name (print clearly)                    Signature                    Date

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente            )
y en nombre de todos los demás nombrados de manera similar.            )

                                                                )
                          Demandantes,                          )
                v.                                              )        Causa
Número _____                                      )

                                                                )
EPIC LANDSCAPE PRODUCTIONS, L.C.                                )
                                                                )
                          Demandado                             )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es *Jesus Salvador Hernandez D* (nombre completo).    Trabajé en Epic
Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la
presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de
Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este
procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que
impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse
después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al
Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram
& Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la
demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos,
honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.
Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio
nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de
Bertram & Graf, LLC.

*Jesus Salvador Hernandez D*                    *J Salvador H.D*

Nombre completo (escribir de forma clara)            Firma
Fecha

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar.                    )

                          Demandantes,

      v.                      )      Causa

Número_____

EPIC LANDSCAPE PRODUCTIONS, L.C.

                          Demandado

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es ___Joel Quinones MEDINA___ (nombre completo).   Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

___Joel Quinones MEDINA___         ___Joel Quinones M.___
Nombre completo (escribir de forma clara)
Fecha  MAYO - 20 - 2022

# EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar. )
                                    )

                        Demandantes, )

         v. )       Causa
Número _____ Jose Pineda

                                   )
EPIC LANDSCAPE PRODUCTIONS, L.C. )
                                   )
              Demandado )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es *Jose Pineda* (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_____ *Jose A Pineda* _____

_____                                    
Nombre completo (escribir de forma clara)           Firma
Fecha
5/19/2022

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente          )
y en nombre de todos los demás nombrados de manera similar.          )
                                                      )
                         Demandantes,                 )
          v.                                          )          Causa
Número_____                         )
                                                      )
EPIC LANDSCAPE PRODUCTIONS, L.C.                      )
                                                      )
                         Demandado                    )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es ___Jose A. Perez Arroyo___ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


___Jose A. Perez Arroyo___                    ___Jose A Pérez Arroyo___
Nombre completo (escribir de forma clara)     Firma
Fecha 05/23/2022

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar. )

              Demandantes, )

    v. )      Causa
Número _José Martínez Roque_

EPIC LANDSCAPE PRODUCTIONS, L.C. )

             Demandado )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _José Martínez Roque_ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_José Martínez Roque_
Nombre completo (escribir de forma clara)
Fecha  5/26/22

_José Martínez Roque_
Firma

# EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente    )
y en nombre de todos los demás nombrados de manera similar.      )

|  |  |  |
|---|---|---|
| Demandantes, | ) | |
| v. | ) | Causa |
| Número_____ | | |
| | ) | |
| EPIC LANDSCAPE PRODUCTIONS, L.C. | ) | |
| | ) | |
| Demandado | ) | |

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _José Juan Archilla_ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_José Juan Archilla_

Nombre completo (escribir de forma clara)
Fecha

_José J Archilla_

Firma

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente     )
y en nombre de todos los demás nombrados de manera similar.     )

    )
          Demandantes,     )
    )
   v.     )    Causa
Número_____     

    )
EPIC LANDSCAPE PRODUCTIONS, L.C.     )
    )
          Demandado     )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Jose Luis Martínez M._ (nombre completo).   Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.  Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


_Jose Luis Martínez Medrano_
Nombre completo (escribir de forma clara)
Fecha

_____
Firma

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar. )

                                  )
                   Demandantes,       )
        v.                           )     Causa
Número _____

                                    )
EPIC LANDSCAPE PRODUCTIONS, L.C.    )
                                    )
                 Demandado        )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Juan José Palma Martinez_ (nombre completo).   Trabajé en Epic
Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la
presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de
Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este
procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que
impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse
después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al
Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram
& Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la
demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos,
honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.
Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio
nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de
Bertram & Graf, LLC.


_Juan José Palma Martinez_                       _Juan Palma_
Nombre completo (escribir de forma clara)         Firma
Fecha 22-05-2022

EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente )

y en nombre de todos los demás nombrados de manera similar. )

                                 )

                     Demandantes,        )

      V.                                     )     Causa
Número_____

                                   )

EPIC LANDSCAPE PRODUCTIONS, L.C.      )

                                   )

                 Demandado         )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es *Grimont Y. Junior J.* (nombre completo).  Trabajé en Epic Landscape Productions. L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.  Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

GRIMONT Yanez, JUNIOR José.        _____

Nombre            completo          (escribir           de           forma

clara)                        Firma                              Fecha

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente            )
y en nombre de todos los demás nombrados de manera similar.            )
                                                                )
                        Demandantes,            )
            v.                                         )            Causa
Número_____            )
                                                                )
EPIC LANDSCAPE PRODUCTIONS, L.C.            )
                                                                )
                        Demandado            )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es Kelvin D Resto Montañez (nombre completo).   Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


Kelvin D Resto Montañez                                    _____
Nombre completo (escribir de forma clara)                                  Firma
Fecha 21 - 5 - 2022

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar. )
                                       )
             Demandantes,      )
    v.                               )     Causa
Número_____
                                         )
EPIC LANDSCAPE PRODUCTIONS, L.C.    )
                                         )
            Demandado       )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Kevin A. Guevara Cordero_ (nombre completo).   Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.   También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.   Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Kevin A. Guevara Cordero_
Nombre completo (escribir de forma clara)

_Firma_

Fecha _05 / 23 / 2022_

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente          )
y en nombre de todos los demás nombrados de manera similar.          )

                                 )
              Demandantes,          )
       v.          )          Causa
Número_____          )
                                   )
EPIC LANDSCAPE PRODUCTIONS, L.C.          )
                                   )
              Demandado          )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Leonel  Quiñones  Vargas_, (nombre completo).    Trabajé en Epic
Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la
presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de
Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este
procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que
impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse
después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al
Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram
& Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la
demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos,
honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.
Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio
nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de
Bertram & Graf, LLC.

_Leonel  Quiñones  Vargas._                          _Leonel  Quiñones V._
Nombre completo (escribir de forma clara)              Firma
Fecha

# EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar. )

                      )

           Demandantes, )

      v. )

Número_____ )      Causa

EPIC LANDSCAPE PRODUCTIONS, L.C. )
                      )

          Demandado )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es **Lorenzo Melgarejo** (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegi ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

**Lorenzo Melgarejo Gamez**_____       _____
Nombre completo (escribir de forma clara)              Firma
Fecha

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar.                    )

                                                                 )
                     Demandantes,                    )
          v.                    )        Causa
Número_____

                                                                     )
EPIC LANDSCAPE PRODUCTIONS, L.C.                    )
                                                                     )
                   Demandado                    )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es ___Luis Jroche___ (nombre completo).    Trabajé en Epic
Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la
presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de
Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este
procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que
impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse
después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al
Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram
& Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la
demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos,
honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.
Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio
nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de
Bertram & Graf, LLC.


___Luis Troche Pinto___         ___Luis Jroche Pinto___
Nombre completo (escribir de forma clara)        Firma
Fecha

# EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar. )

                              )

              Demandantes,     )

        v.             )     Causa
Número_____

                               )

EPIC LANDSCAPE PRODUCTIONS, L.C.  )

                               )

              Demandado     )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Marcelino Estrada_ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Marcelino Estrada_
Nombre completo (escribir de forma clara)

_Marcelino Estrada_
Firma

Fecha _5-26-2022_

EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente          )
y en nombre de todos los demás nombrados de manera similar.                    )
                                                    )
                    Demandantes,          )
          v.                              )          Causa
Número_____          )
                                                    )
EPIC LANDSCAPE PRODUCTIONS, L.C.          )
                                                    )
                    Demandado          )

### CONSENTIMIENTO PARA UNIRSE

Mi       nombre       es       ____MARCO       ANTONIO       RODRIGUEZ
RODRIGUEZ_____ (nombre completo).  Trabajé en Epic Landscape
Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación
y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de
pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este
procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que
impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse
después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al
Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram
& Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la
demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos,
honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.
Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio
nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de
Bertram & Graf, LLC.

_____MARCO ANTONIO RODRIGUEZ RODRIGUEZ_____
_____ 05-26-20022____
Nombre completo (escribir de forma clara)                    Firma
Fecha



# EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente
y en nombre de todos los demás nombrados de manera similar. )

|  |  |
|---|---|
| Demandantes, | Causa |
| v. | |
| Número_____ | |
| EPIC LANDSCAPE PRODUCTIONS, L.C. | |
| Demandado | |

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es **Marlís Morales Molina** (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Marlís Morales Molina_
Nombre completo (escribir de forma clara)
Fecha

_Marlís Morales_
Firma

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

JOSE GONZALEZ GOMEZ, et al., individually )
and on behalf of all others similarly situated )
                                              )
                    Plaintiffs,               )
                                              )     Case No. _____
v.                                            )
                                              )
EPIC LANDSCAPE PRODUCTIONS, L.C.              )
                                              )
                    Defendant.                )

### CONSENT TO JOIN

My name is *Merwen R. Marrero Rodz.* (print full name). I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.

*Merwen R. Marrero Rodz.*
Full Name (print clearly)

_____
Signature                          Date

913-405-8767
Phone Number

*merwen@gmail.com*
Email

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar. )

                    Demandantes,       )

     v.                      )    Causa

Número_____

EPIC LANDSCAPE PRODUCTIONS, L.C. )

                    Demandado     )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Michael Sanchez Molina_ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


_Michael Sanchez Molina_
Nombre completo (escribir de forma clara)
Fecha

_Michael Sanchez Molina_
Firma

# EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente    )
y en nombre de todos los demás nombrados de manera similar.    )

                  Demandantes,    )

        v.    )    Causa
Número_____

                        )

EPIC LANDSCAPE PRODUCTIONS, L.C.    )

                        )

            Demandado    )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es <u>Miguel Angel Rocha Gutierrez</u> (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

Miguel Angel Rocha Gutierrez
_____      _____
Nombre completo (escribir de forma clara)                 Firma
Fecha 05/20/2022

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOSE GONZALEZ GOMEZ, et al., individually )
and on behalf of all others similarly situated )
)
                Plaintiffs, )
)     Case No. _____
     v. )
)
EPIC LANDSCAPE PRODUCTIONS, L.C. )
)
               Defendant. )

### CONSENT TO JOIN

My name is ___Mitson Tom___ (print full name). I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.


_Mitson Tom_           _[Signature]_        5/26/22
Full Name (print clearly)        Signature            Date

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar.                     )
                                                                                 )
                              Demandantes,                                       )
              v.                                                                  )        Causa
Número_____                                                     )
                                                                                 )
EPIC LANDSCAPE PRODUCTIONS, L.C.                                                  )
                                                                                 )
                              Demandado                                           )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es _____ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Nicolás Quezada Avila_                          _Nicolás Quezada Avila_
Nombre completo (escribir de forma clara)         Firma
Fecha

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente     )
y en nombre de todos los demás nombrados de manera similar.     )
                             )
          Demandantes,         )
     v.                         )     Causa
Número_____
                             )
EPIC LANDSCAPE PRODUCTIONS, L.C.     )
                             )
          Demandado        )

**CONSENTIMIENTO PARA UNIRSE**

Mi nombre es **Noe Bazaldía Sánchez** (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

<u>Noe Bazaldía Sánchez</u>         <u>Noe Bazaldua Sanchez</u>
Nombre completo (escribir de forma clara)        Firma
Fecha **Mayo 19, 2022**

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar. )
                          )
            Demandantes, )
       v. )     Causa
Número_____
                          )
EPIC LANDSCAPE PRODUCTIONS, L.C. )
                          )
            Demandado )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es *Octavio Rodriguez* (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

*Octavio Rodriguez*          *[firma]*
Nombre completo (escribir de forma clara)      Firma
Fecha

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar. )

                                   )
              Demandantes,       )
      v.                         )    Causa
Número_____

                                   )
EPIC LANDSCAPE PRODUCTIONS, L.C.     )
                                   )
              Demandado       )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Ramon Enrique Avila Villa_ (nombre completo).   Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.  Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Ramon Enrique Avila Villa_
Nombre completo (escribir de forma clara)
Fecha _05/20/2022_

_____
Firma

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOSE GONZALEZ GOMEZ, et al., individually ) 
and on behalf of all others similarly situated )
)
Plaintiffs, )
v. )                    Case No. _____
)
EPIC LANDSCAPE PRODUCTIONS, L.C. )
)
Defendant. )

### CONSENT TO JOIN

My name is _Reichy Eram_ (print full name). I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.

_Reichy Eram_                              _Reichy Eram_               05-23-2022
Full Name (print clearly)                  Signature                   Date

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JOSE GONZALEZ GOMEZ, et al., individually )
and on behalf of all others similarly situated )
)
Plaintiffs, )
)
v. ) Case No. _____
)
EPIC LANDSCAPE PRODUCTIONS, L.C. )
)
Defendant. )

**CONSENT TO JOIN**

My name is _Salvador V. llarrea_ (print full name). I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.

_Salvador Villarrea_                     _Salvador Villarrea_  5/20/2022
Full Name (print clearly)                Signature                    Date

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente          )
y en nombre de todos los demás nombrados de manera similar.          )

                                               )

                Demandantes,          )

      v.          )          Causa

Número_____          )

                                               )

EPIC LANDSCAPE PRODUCTIONS, L.C.          )

                                               )

                Demandado          )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _____ (nombre completo).    Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.  Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


Victor José Angel Chairel Ceniseros           Victor Chairel C.
Nombre completo (escribir de forma clara)                Firma
Fecha  Viernes 20 de Mayo