# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JOSE GONZALES GOMEZ ET AL**. )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**EPIC LANDSCAPE PRODUCTIONS,** )<br>**L.C.** )<br>)<br>**Defendant.** )<br>) | Case No. 2:22-cv-02198-JAR-ADM |

## NOTICE OF CONSENT TO JOIN

The undersigned on the attached documents, current and former employees of defendant Epic Landscape Productions, L.C., hereby consent to become party plaintiff in the above action.

Aaron Jacob Willis
Christopher Michael Smith
Juan Carlos Galaviz-Garcia
Juan Carlos Rodriguez
Martin Francisco Varela II
Gonzalo Hernandez Arellano

Respectfully submitted,

**THE HODGSON LAW FIRM, L.L.C.**


By: */s/ Michael Hodgson*
    Michael Hodgson    MO# 63677
    mike@thehodgsonlawfirm.com

3699 SW PRYOR ROAD,
Lee's Summit, MO 64082
Tel: (816) 600-0117
Fax: (816)600-0137
www.thehodgsonlawfirm.com

and

By:  /s/Timothy R. West
        Timothy R. West

Timothy R. West, KS Bar #23892
Bertram and Graf, L.L.C.
2345 Grand Blvd., Suite 1925
Kansas City, MO 64108

Telephone: (816) 523-2205

Facsimile: (816) 523-8258
Email: tim@bertramgraf.com

**ATTORNEYS FOR PLAINTIFF AND THE COLLECTIVE CLASS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November 2022, the foregoing was filed using the Court's CM/ECF system, which sent notifications to:

**HINKLE LAW FIRM LLC**
Eric W. Barth, #KS-000644
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206
E-mail: ebarth@hinklaw.com

**LEWIS, BRISBOIS, BISGAARD & SMITH LLP**
Alan L. Rupe
1605 North Waterfront Parkway, Suite 150
Wichita, KS 67206
Alan.Rupe@lewisbrisbois.com

**ATTORNEYS FOR DEFENDANT**

*/s/ Michael Hodgson*

**ATTORNEY FOR PLAINTIFFS AND THE COLLECTIVE CLASS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOSE GONZALEZ GOMEZ, et al., individually )
and on behalf of all others similarly situated )
                                               )
             Plaintiffs,                       )
      v.                                       )   Case No.
_____                     )
                                               )
EPIC LANDSCAPE PRODUCTIONS, L.C.               )
                                               )
             Defendant.                        )

## CONSENT TO JOIN

My name is __Aaron Willis__ (print full name). I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.

__Aaron J Willis__
Full Name (print clearly)
Signature / Date

[signature]

_____          _____
Phone Number                         Email

_____
Address

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSE GONZALEZ GOMEZ, et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>EPIC LANDSCAPE PRODUCTIONS, L.C.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Case No. _____<br>)<br>)<br>)<br>) |

CONSENT TO JOIN

My name is  Christopher Smith  (print full name). I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.

_Christopher Smith_
Full Name (print clearly)

_Christopher Smith_       6/12/22
Signature                  Date

_[redacted]_
Phone Number

_[redacted]_
Email

_[redacted]_
Address

EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente)
y en nombre de todos los demás nombrados de manera similar.)
)
Demandantes,)
v.) Causa Número_____
)
EPIC LANDSCAPE PRODUCTIONS, L.C.)
)
Demandado)

CONSENTIMIENTO PARA UNIRSE

Mi nombre es Juan Carlos Galaviz Garcia (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_JuaN CGalviz,G_  09/11/22

Nombre completo (escribir de forma clara) Firma   Fecha

[redacted]

Número de teléfono   Correo electrónico

# EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera similar, )
)
Demandantes, )
)
v. ) Causa Número _____
)
EPIC LANDSCAPE PRODUCTIONS, L.C. )
)
Demandado )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Juan Carlos Rodríguez_ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Juan Carlos Rodríguez_
Nombre completo (escribir de forma clara)
Fecha 10-31-2022

_[firma]_
Firma

_____
Número de teléfono

_____
Correo electrónico

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOSE GONZALEZ GOMEZ, et al., individually )
and on behalf of all others similarly situated )
)
)
        Plaintiffs, )
v. ) Case No. _____
)
EPIC LANDSCAPE PRODUCTIONS, L.C. )
)
        Defendant. )

## CONSENT TO JOIN

My name is **Martin F. Varela II** (print full name). I worked at Epic Landscape Productions, L.C. in the last three years. By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages and overtime as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named Plaintiff and Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs, and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I chose to be represented by Mike Hodgson of The Hodgson Law Firm and Tim West of Bertram & Graf, LLC.

_Martin F. Varela II_          _[signature]_          _____
Full Name (print clearly)          Signature          Date

[REDACTED]          [REDACTED]
Phone Number          Email

[REDACTED]
Address

EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS
UNIDOS
POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente )
y en nombre de todos los demás nombrados de manera
similar.            )
                    )
       Demandantes, )
v.                  )   Causa Número _____
                    )
EPIC LANDSCAPE PRODUCTIONS, L.C.    )
                    )
       Demandado    )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es Gonzalo Hernández (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.

Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.

Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

Gonzalo Hernandez                11/05/2022
_____  _____
Nombre completo (escribir de forma clara)
Firma                            Fecha

[Número de teléfono redacted]    [Correo electrónico redacted]
Número de teléfono               Correo electrónico