## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOSE GONZALEZ GOMEZ, et al.,

     Plaintiff,

     v.

     Case No. 22-2198-JAR-ADM

EPIC LANDSCAPE PRODUCTIONS, L.C.,

     Defendant.

## <u>ORDER</u>

This matter comes before the court on the parties' Joint Motion for Extension of Time to File a Motion to Compel.  (ECF 41.)  By way of this motion, the parties seek an extension of the local-rule deadline requiring discovery-related motions to "be filed within 30 days of the default or service of the response, objection, or disclosure that is the subject of the motion."  D. KAN. RULE 37.1(c).

Rule 37.1 was amended effective December 1, 2022.  It now states that the court may deny a discovery-related motion "filed after that 30-day period as untimely *unless* the movant demonstrates diligence in attempting to resolve the specific discovery dispute at issue."  *Id.* (emphasis added).  Thus, a party who files a motion to compel after the 30-day deadline must demonstrate diligence in the motion to compel itself.  The rule does not contemplate an earlier, pro forma motion for an extension of time.

Because of this, the court denies the parties' motion as unnecessary.  If and when a party ultimately files a motion to compel, the court will expect the party to demonstrate in the motion itself that it acted with diligence in attempting to resolve the discovery dispute at issue within the 30-day period set forth in Rule 37.1(c).

1

**IT IS THEREFORE ORDERED** that the parties' Joint Motion for Extension of Time to File a Motion to Compel (ECF 41) is denied.

**IT IS SO ORDERED.**

Dated December 15, 2022, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge