## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **JOSE GONZALES GOMEZ ET AL**. | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:22-cv-02198-JAR-ADM** |
| | ) | |
| **EPIC LANDSCAPE PRODUCTIONS,** | ) | |
| **L.C.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### NOTICE OF CONSENT TO JOIN

The undersigned on the attached documents, current and former employees of defendant Epic Landscape Productions, L.C., hereby consent to become party plaintiff in the above action.

Felipe De Jesus Aguero Venegas
Juan Alberto Aguero Venegas
Francisco Manuel Meraz-Bautista
Jesus Manuel Meraz Bautista
Vicente Ramirez Fuentas
Jorge Vallecillo-Vazquez
Miguel Vallalba Olvera
Manuel Garcia Mora
Jose Angel Garcia Murillo
Salvador Marquez-Avila
Oscar Raul Medina-Saldana
Juan Carlos Maganda-Flores
Rigoberto Lozano-Perez
Aldrin Mejia-Gomez
Alejandro Martinez-Villanueva
Gustavo Romero-Alva
Juan Alberto Venegas Vazquez
Jorge Luis Estrada Molina
Salvador Miranda Ceniceros
Genaro Raymundo Galvan Cordova
Marco Antonio Montes Villalba

Respectfully submitted,

**THE HODGSON LAW FIRM, L.L.C.**


By: */s/ Michael Hodgson*

      Michael Hodgson       MO# 63677
      mike@thehodgsonlawfirm.com

      3699 SW PRYOR ROAD,
      Lee's Summit,
      MO 64082Tel:
      (816) 600-0117
      Fax: (816)600-0137
      www.thehodgsonlawfirm.com

      and

By: /s/Timothy R. West

      Timothy R. West

      Timothy R. West, KS Bar #23892
      Bertram and Graf,
      L.L.C. 2345 Grand
      Blvd., Suite 1925
      Kansas City, MO
      64108

      Telephone: (816) 523-2205

      Facsimile: (816) 523-
      8258 Email:
      tim@bertramgraf.com

      **ATTORNEYS FOR PLAINTIFF AND THE COLLECTIVE CLASS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May 2023, the foregoing was filed using the Court's CM/ECF system, which sent notifications to:


**HINKLE LAW FIRM LLC**
Eric W. Barth, #KS-000644
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206
E-mail: ebarth@hinklaw.com


**LEWIS, BRISBOIS, BISGAARD & SMITH LLP**
Alan L. Rupe
1605 North Waterfront Parkway, Suite 150
Wichita, KS 67206
Alan.Rupe@lewisbrisbois.com

**ATTORNEYS FOR DEFENDANT**



_/s/ Michael Hodgson_ _____


**ATTORNEY FOR PLAINTIFFS
AND THE COLLECTIVE CLASS**

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

| | | |
|---|---|---|
| JOSE GONZALEZ GOMEZ, et al., | ) | |
| Individualmente y en nombre de todos los | ) | |
| demás nombrados de manera similar. | ) | |
| | ) | |
| Demandantes, | ) | |
| v. | ) | Causa |
| Número_____ | ) | |
| | ) | |
| EPIC LANDSCAPE PRODUCTIONS, L.C. | ) | |
| | ) | |
| Demandado | ) | |

CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Felipe Aguero_ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Felipe De Jesus Aguero Venegas_
Nombre completo (escribir de forma clara)
Fecha

_Felipe Aguero_
Firma

████████████
Número de teléfono

████████████
Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**POR EL DISTRITO DE KANSAS**

| | |
|---|---|
| JOSE GONZALEZ GOMEZ, et al., | ) |
| Individualmente y en nombre de todos los | ) |
| demás nombrados de manera similar. | ) |
| | ) |
| Demandantes, | ) |
| v. | ) Causa |
| Número_____ | |
| | ) |
| EPIC LANDSCAPE PRODUCTIONS, L.C. | ) |
| | ) |
| Demandado | ) |

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es _____ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

Juan Alberto Aguero Venegas

Nombre completo (escribir de forma clara)
Fecha

_____
Firma

_____
Número de teléfono

_____
Correo electrónico

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

| | |
|---|---|
| JOSE GONZALEZ GOMEZ, et al., | ) |
| Individualmente y en nombre de todos los | ) |
| demás nombrados de manera similar. | ) |
| | ) |
| Demandantes, | ) |
| v. | )  Causa |
| Número_____ | |
| | ) |
| EPIC LANDSCAPE PRODUCTIONS, L.C. | ) |
| | ) |
| Demandado | ) |

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _____ (nombre completo).    Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


Francisco Manuel Meroz B
_____
Nombre completo (escribir de forma clara)
Fecha

_____
Firma


Número de teléfono

Correo electrónico

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

|  |  |  |
|---|---|---|
| JOSE GONZALEZ GOMEZ, et al., | ) | |
| Individualmente y en nombre de todos los | ) | |
| demás nombrados de manera similar. | ) | |
|  | ) | |
| Demandantes, | ) | |
| v. | ) | Causa |
| Número_____ | | |
|  | ) | |
| EPIC LANDSCAPE PRODUCTIONS, L.C. | ) | |
|  | ) | |
| Demandado | ) | |

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _____ (nombre completo).    Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


_Jesus Manuel Meraz Bautista_

Nombre completo (escribir de forma clara)
Fecha

_Jesus Manuel Meraz B._

Firma


Número de teléfono

Correo electrónico

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## POR EL DISTRITO DE KANSAS

JOSE GONZALEZ GOMEZ, et al., individualmente          )

y en nombre de todos los demás nombrados de manera similar.                    )

                                                                            )

                Demandantes,                              )

      v.                                                            )          Causa

Número_____

                                                                            )

EPIC LANDSCAPE PRODUCTIONS, L.C.                       )

                                                                            )

           Demandado                                  )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es ___Vicente Ramirez Fts___ (nombre completo).    Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Vicente Ramirez Fuente_          _Vicente Ramirez Fts_          05-11-2023

Nombre        completo          (escribir          de          forma

clara)                      Firma                              Fecha

[REDACTED]

Número de teléfono                    Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente          )

y en nombre de todos los demás nombrados de manera similar.          )

                                                                      )

                          Demandantes,          )

    v.          )          Causa

Número_____          )

                                                            )

EPIC LANDSCAPE PRODUCTIONS, L.C.          )

                                                            )

             Demandado          )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es _____ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

Jorge   Vallecillo-Vazquez          Jorge Vallecillo     5-11-2023

| Nombre | completo | (escribir | de | forma |
|--------|----------|-----------|-----|-------|
| clara) | | Firma | Fecha | |

 

Número de teléfono          Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente    )
y en nombre de todos los demás nombrados de manera similar.    )

                                 )

                Demandantes,        )

   v.                        )     Causa

Número _____

                                 )

EPIC LANDSCAPE PRODUCTIONS, L.C.    )

                                 )

                Demandado        )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Miguel Villalba Olvera_ (nombre completo).   Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.  Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Miguel Villalba Olvera._         _5_ / _11_ / _2023_

Nombre       completo       (escribir       de       forma
clara)                Firma          Fecha

___

Número de teléfono                     Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente　　　　)

y en nombre de todos los demás nombrados de manera similar.　　　　　)

　　　　　　　　　　　　　　　　　　　　　　　　)

　　　　　　　　Demandantes,　　　　　　　)

　　　　v.　　　　　　　　　　　　)　　　　Causa

Número_____

　　　　　　　　　　　　　　　　　　　)

EPIC LANDSCAPE PRODUCTIONS, L.C.　　　　)

　　　　　　　　　　　　　　　　　　　)

　　　　　　　　Demandado　　　　　　　)

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _____ (nombre completo).　Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.　Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.　También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.　Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.　Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Manuel García Mora_　　　　_05-11-2023_

Nombre　　　completo　　　(escribir　　　de　　　forma

clara)　　　　　Firma　　　　　　Fecha

Número de teléfono　　　　　Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente          )

y en nombre de todos los demás nombrados de manera similar.                    )

                                                                                )

             Demandantes,                             )

    v.                                                          )          Causa
Número_____

                                                                                )

EPIC LANDSCAPE PRODUCTIONS, L.C.                    )

                                                                                )

           Demandado                                )

**CONSENTIMIENTO PARA UNIRSE**

Mi nombre es _José Angel García M_ (nombre completo).    Trabajé en Epic Landscape Prodbetions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.  Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_José Angel García M_                              _05/11/2023_

Nombre          completo          (escribir          de          forma

clara)                    Firma                              Fecha

Número de teléfono                    Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente     )

y en nombre de todos los demás nombrados de manera similar.     )

     )

              Demandantes,     )

     v.     )     Causa

Número_____     

     )

EPIC LANDSCAPE PRODUCTIONS, L.C.     )

     )

              Demandado     )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Salvador Marquez Avila_ (nombre completo).    Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.  Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


_Salvador Marquez Avila_                        _05 / 11 / 2023_

Nombre         completo         (escribir         de         forma

clara)                Firma                   Fecha


Número de teléfono                Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente )

y en nombre de todos los demás nombrados de manera similar. )

                                               )

                     Demandantes,       )

           v.                       )      Causa
Número_____

                                                 )

EPIC LANDSCAPE PRODUCTIONS, L.C.     )

                                               )

                     Demandado          )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es *Oscar Raul Melina S.*(nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

*Oscar Raul Medina Saldana*         *05—11—2023*

Nombre           completo             (escribir         de            forma

clara)                   Firma                          Fecha

Número de teléfono                   Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente     )

y en nombre de todos los demás nombrados de manera similar.     )

     )

     Demandantes,     )

     v.     )     Causa

Número_____     

     )

EPIC LANDSCAPE PRODUCTIONS, L.C.     )

     )

     Demandado     )

**CONSENTIMIENTO PARA UNIRSE**

Mi nombre es _____ (nombre completo).   Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.  Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


Juan Carlos maganda Flores     _____     05/11/2023

Nombre     completo     (escribir     de     forma

clara)     Firma     Fecha

_____

Número de teléfono     Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente          )

y en nombre de todos los demás nombrados de manera similar.                    )

                                                                                            )

                          Demandantes,                    )

          v.                                                        )          Causa
Número_____

                                                                                            )

EPIC LANDSCAPE PRODUCTIONS, L.C.                    )

                                                                                            )

                          Demandado                       )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es *RIGOBERTO LOZANO PEREZ* (nombre completo).    Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.  Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


*RIGOBERTO LOZANO PEREZ*                *RIGOBERTO LOZANO PEREZ   05/11/2023*

Nombre          completo          (escribir          de          forma

clara)                      Firma                              Fecha


Número de teléfono                          Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente              )

y en nombre de todos los demás nombrados de manera similar.                    )

                                                )

               Demandantes,                    )

     v.                                            )          Causa
Número_____

                                        )

EPIC LANDSCAPE PRODUCTIONS, L.C.                    )

                                        )

               Demandado                    )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es **Aldrin Mesia Gomez** (nombre completo).    Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.  Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


Aldrin Mesia Gomez                                      

_____              _____
Nombre          completo          (escribir              de              forma
clara)                              Firma                        Fecha


████████████████              █████████████████████████

_____              _____
Número de teléfono                    Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente          )

y en nombre de todos los demás nombrados de manera similar.                    )

                                                      )

                  Demandantes,          )

    v.          )          Causa
Número_____          )

                                         )

EPIC LANDSCAPE PRODUCTIONS, L.C.          )

                                         )

                  Demandado          )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es _____ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


ALEJANDRO MARTÍNEZ VILLANUEVA                    05/17/2023
_____          _____
Nombre          completo          (escribir          de          forma
clara)          Firma          Fecha


████████████████          ████████████████
_____          _____
Número de teléfono          Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente          )

y en nombre de todos los demás nombrados de manera similar.                )

                                                )

                   Demandantes,          )

     v.          )          Causa
Número_____

                                                )

EPIC LANDSCAPE PRODUCTIONS, L.C.          )

                                                )

                 Demandado          )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _____ (nombre completo).   Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.  Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


*Gustavo Romero Alva*          *Gustavo Romero A*

Nombre          completo          (escribir          de          forma

clara)          Firma          Fecha


Número de teléfono          Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente )

y en nombre de todos los demás nombrados de manera similar.                    )

                                                                               )

                        Demandantes,                        )

        v.                                                   )          Causa
Número_____

                                                            )

EPIC LANDSCAPE PRODUCTIONS, L.C.                             )

                                                            )

            Demandado                                        )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Juan A. Venegas Vazquez_ (nombre completo).    Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.  Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Juan A. Venegas Vazquez_                    _05 / 10 / 2023_

| | | | | |
|---|---|---|---|---|
| Nombre | completo | (escribir | de | forma |
| clara) | | Firma | Fecha | |



Número de teléfono                    Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente    )

y en nombre de todos los demás nombrados de manera similar.    )

    )

            Demandantes,    )

      v.    )    Causa

Número_____    

    )

EPIC LANDSCAPE PRODUCTIONS, L.C.    )

    )

            Demandado    )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es ___Jorge Luis Estrada___ (nombre completo).   Trabajé en Epic Landscape Productions, L.C. en los últimos tres años.  Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento.  También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario.  Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda.  Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.


___Jorge Luis Estrada Molina___    ___Jorge l Estrada___ 05/11/23

Nombre    completo    (escribir    de    forma

clara)    Firma    Fecha


Número de teléfono    Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente            )

y en nombre de todos los demás nombrados de manera similar.                    )

                                         )

                 Demandantes,                    )

       v.                    )            Causa

Número_____                    )

EPIC LANDSCAPE PRODUCTIONS, L.C.            )

                                           )

               Demandado                    )

### CONSENTIMIENTO PARA UNIRSE

Mi nombre es *Salvador Miranda* (nombre completo).    Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

*Salvador Miranda*                    05/11/2023
_____            _____

Nombre         completo         (escribir         de         forma

clara)                    Firma                    Fecha

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮         ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
_____

Número de teléfono                    Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente )

y en nombre de todos los demás nombrados de manera similar. )

)

               Demandantes, )

   v. )   Causa
Número_____

)

EPIC LANDSCAPE PRODUCTIONS, L.C. )

)

         Demandado )

CONSENTIMIENTO PARA UNIRSE

Mi nombre es Genaro R Galvano (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

Genaro R Galvan Cordova    05/11/2023

Nombre      completo      (escribir     de     forma
clara)             Firma                 Fecha

Número de teléfono           Correo electrónico

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS**

JOSE GONZALEZ GOMEZ, et al., individualmente     )

y en nombre de todos los demás nombrados de manera similar.     )

           )

          Demandantes,     )

     v.     )     Causa

Número_____     

           )

EPIC LANDSCAPE PRODUCTIONS, L.C.     )

           )

          Demandado     )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es Marco Antonio Montes Villalba (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

Marco Antonio Montes Villalbo.     Marco Antonio Montes V.

Nombre     completo     (escribir     de     forma

clara)          Firma          Fecha  05/11/2023

Número de teléfono          Correo electrónico