IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSE GONZALEZ GOMEZ, et al. <br><br> Plaintiffs, <br><br> v. <br><br> EPIC LANDSCAPE PRODUCTIONS, L.C., JOHN CONSTANT, MARTY SILER and EPIC LANDSCAPE PRODUCTIONS, INC. <br><br> Defendants. | Case No. 2:22-cv-02198-JAR-ADM |

## **MOTION FOR APPROVAL OF JOINT PROPOSED FLSA NOTICE**

Defendants, by the undersigned counsel, respectfully move this Court for an order approving the Joint Proposed FLSA Notice agreed to by the parties, attached hereto as Exhibit A. In support of this Motion, the parties state as follows:

1. On April 28, 2023, this Court entered an Order granting in part Plaintiffs' motion for conditional certification (the "Order"), which specifies that the parties are directed to meet and confer about the form and substance of the notice and dissemination plan and, if an agreement is reached, to submit the joint proposed notice and dissemination plan to the Court for approval within 14 days of the entry of this Order."

2. Because the conditionally certified class is made up of both English and Spanish speaking individuals, the parties agree that any notice should be available in both English and Spanish.

3. On May 4, 2023, Plaintiffs' counsel sent Defendants' counsel a proposed notice. On May 9, 2023, Defendants' counsel responded to Plaintiffs' counsel with revisions to Plaintiffs' proposed notice. And on May 10, 2023, Plaintiffs' counsel responded assenting to Defendants' counsel's revisions to the notice and requesting that Defendants' translate the notice into Spanish. Defendants agreed to have the notice translated upon court approval of the notice. The Joint proposed notice is attached to this Motion as Exhibit A.

4. The Parties have further conferred but have not yet reached an agreement about how the notice should be disseminated to the conditionally-certified putative class members.

5. Defendants proposed a dissemination Plan on the evening of May 10, 2023. Plaintiffs responded the next morning, but Defendant required clarification about Plaintiffs' proposal. Plaintiffs' clarified their proposal on May 12, 2023 to include a 45-day notice period with notices posted at Epic, notices mailed in both English and Spanish with no reminder notice, and notices emailed by Plaintiffs' counsel in both English and Spanish with a reminder email 15-days before the deadline.

6. Defendants responded to Plaintiffs' proposed dissemination plan on May 12, 2023 stating that they would agree to a 45-day notice period with mail and email notices in both English and Spanish, and Plaintiffs' counsel could handle the mailing and emailing of the notices, but Defendants would need to agree to the content of the subject line and body of the emails and the content of any message accompanying the notices by mail. Defendants further want Plaintiffs' counsel to send Defendants' counsel an identical copy of the email and mailing.

7. Defendants anticipate Plaintiffs' counsel will respond by Monday, May 15, 2023.

WHEREFORE, Defendants respectfully request that this Court approve the joint proposed FLSA Notice attached hereto as Exhibit A and allow the parties to confer further about the dissemination plan, or, in the alternative, to adopt Defendants' proposed dissemination plan outlined in paragraph 6 of this motion.

/s/ Christopher I. Khasho
Alan L. Rupe, KS #08914
Christopher I. Khasho, KS #28739
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: (316) 609-7900
Facsimile:  (316) 462-5746
alan.rupe@lewisbrisbois.com
chris.khasho@lewisbrisbois.com

*Attorneys for Defendants*
.

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, the above Motion for Approval of Joint Proposed FLSA Notice was filed using the Court's electronic filing system which will send notice to all counsel of record.

/s/ Christopher I. Khasho
Christopher I. Khasho