### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSE GONZALEZ GOMEZ, et al., on behalf of themselves and others similarly situated, </br></br> Plaintiffs, </br></br> v. </br></br> EPIC LANDSCAPE PRODUCTIONS, L.C., EPIC LANDSCAPE PRODUCTIONS, INC., JOHN CONSTANT, AND MARTY SILER, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br> Case No. 22-2198-JAR-ADM |

### ORDER APPROVING CONDITIONAL CERTIFICATION NOTICE

This Court issued an Order granting in part and denying in part Plaintiff's Motion for Conditional Certification under the Fair Labor Standards Act. (Doc. 76) In that Order, the Court ordered the parties to meet and confer regarding the class notice and dissemination plan. *Id*. at 1. On May 12, 2023, Defendants submitted a proposed notice and advised that the parties were still ironing out the details of a dissemination plan. Now, the Court is advised and understands that the parties are in agreement as to proposed notice filed as Doc. 79-1 and a dissemination plan. The Court therefore grants the Motion for approval of joint proposed FLSA Notice (Doc. 79) and enters the following Order:

1. The notice found at Doc. 79-1 (the "Notice") is hereby approved and shall be sent in both English and Spanish to "all current and former lawn and landscape workers, who worked for the Defendants at any time from April 28, 2020 through the date the Court grants conditional certification", by United States Postal Service first class mail, postage pre-paid, and by electronic mail, when an email address is known for a particular putative class member.

2. The Notice shall give the putative class members forty-five (45) days from the date of mailing to postmark and return their completed and signed Consent to Join Forms to Plaintiffs' counsel. The deadline shall be clearly indicated on the Notice.

3. Defense counsel shall prepare a Spanish version of the Notice and provide it to Plaintiffs' counsel for mailing and electronic mailing within 7 days of this Order.

4. Plaintiffs' counsel shall arrange for and pay for the mailing and electronic mailing of the Notice in both English and Spanish.

5. The postmarked and electronic mail messages transmitting the Notice shall state (in both English and Spanish) in the Subject line: "Gomez v. Epic Landscape Productions, L.C., et al.: Notice of Class Action Lawsuit."

6. The electronic mail message transmitting the Notice shall state in the body of the email (in both English and Spanish): "Please see the attached Notice of Class Action Lawsuit. Before making a decision about the course of your actions, it is important for you read this whole notice and understand it." The body of the email shall contain no other text and nothing other than the Notice in both English and Spanish shall be attached to the email.

7. Only one single mailing and e-mail shall be sent to putative class members.

8. Plaintiffs' counsel need not mail or electronically mail the notices to any putative class member already named as a Plaintiff in the Amended Complaint or who has already submitted a Consent to Join Form.

9. Plaintiffs' counsel shall send Defense counsel by both U.S. Mail and e-mail an exemplar of both the USPS mailing and electronic mail message that was sent to all putative class members on the same date the mailing is postmarked and the emails are sent to putative class members.

10. Further, Defendants shall post a copy of the English and Spanish versions of the Notice at or near the time clocks at their locations for a period of forty-five (45) days.

11. Plaintiffs' counsel shall notify Defense counsel the day before the English and Spanish versions of the Notice is postmarked and sent by e-mail, which commences the 45-day notice period, so that Defendant can post the notices at the commencement of the notice period.

**IT IS SO ORDERED**.

Dated:  May 18, 2023

                                              <u>s/ Julie A. Robinson</u>  
                                              JULIE A. ROBINSON  
                                              UNITED STATES DISTRICT JUDGE