## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **JOSE GONZALES GOMEZ ET AL**. | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:22-cv-02198-JAR-ADM** |
| | ) | |
| **EPIC LANDSCAPE PRODUCTIONS,** | ) | |
| **L.C.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### NOTICE OF CONSENT TO JOIN

The undersigned in the attached documents, current and former employee of defendant Epic Landscape Productions, L.C., hereby consent to become party plaintiff in the above action.

Leonardo Castillo Alvarez

Respectfully submitted,

**THE HODGSON LAW FIRM, L.L.C.**

By: */s/ Michael Hodgson*
     Michael Hodgson KS Bar # 21331
     *mike@thehodgsonlawfirm.com*
     3699 SW PRYOR ROAD,
     Lee's Summit, MO 64082
     Tel: (816) 600-0117
     Fax: (816)600-0137
     www.thehodgsonlawfirm.com

     and

By:  /s/Timothy R. West
     Timothy R. West

     Timothy R. West, KS Bar #23892
     Bertram and Graf, L.L.C. 2345
     Grand Blvd., Suite 1925
     Kansas City, MO 64108
     Telephone: (816) 523-2205

Facsimile: (816) 523-8258

Email: tim@bertramgraf.com

**ATTORNEYS FOR PLAINTIFF AND THE COLLECTIVE CLASS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June 2023, the foregoing was filed

using the Court's CM/ECF system, which sent notifications to:


**HINKLE LAW FIRM LLC**
Eric W. Barth, #KS-000644
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206
E-mail: ebarth@hinklaw.com


**LEWIS, BRISBOIS, BISGAARD & SMITH LLP**
Alan L. Rupe
1605 North Waterfront Parkway, Suite 150
Wichita, KS 67206
Alan.Rupe@lewisbrisbois.com

**ATTORNEYS FOR DEFENDANT**




_/s/ Timothy R. West_


**ATTORNEY FOR PLAINTIFFS
AND THE COLLECTIVE CLASS**

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**POR EL DISTRITO DE KANSAS**

| | |
|---|---|
| JOSE GONZALEZ GOMEZ, et al., ) | |
| Individualmente y en nombre de todos los ) | |
| demás nombrados de manera similar. ) | |
| ) | |
| Demandantes, ) | |
| v. ) | Causa |
| Número_____ | |
| ) | |
| EPIC LANDSCAPE PRODUCTIONS, L.C. ) | |
| ) | |
| Demandado ) | |

**CONSENTIMIENTO PARA UNIRSE**

Mi nombre es *Leonardo Castillo Alvarez* (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

*6/7/23*

*Leonardo Castillo Alvarez*
Nombre completo (escribir de forma clara)
Fecha

*Leonardo Castilla.*
Firma

▮▮▮▮
Número de teléfono

▮▮▮▮▮
Correo electrónico