# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JOSE GONZALEZ GOMEZ,** | ) |
| **On behalf of himself and all other persons similarly situated,** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) Case No.: 2:22-cv-02198-JAR-ADM |
| **EPIC LANDSCAPE PRODUCTIONS, L.C.** | ) ) ) ) |
| **Defendant**. | ) ) |

# NOTICE OF CONSENT TO JOIN

## Antonio Banuelos Sanchez

The undersigned in the attached documents, current and former employees of defendants, hereby consent to become party to plaintiff in the above action.


Respectfully submitted,

**THE HODGSON LAW FIRM, L.L.C.**
*/s/ Michael Hodgson*
Michael Hodgson  KS # 21331
3609 SW Pryor Rd
Lee's Summit, MO 64082
Tel: (816) 600-0117
mike@thehodgsonlawfirm.com


and

**BERTRAM AND GRAFF, L.L.C.**
*/s/Timothy R. West*
Timothy R. West, KS Bar #23892

Bertram and Graf, L.L.C.
2345 Grand Blvd., Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile: (816) 523-8258
Email: tim@bertramgraf.com

**ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE COLLECTIVE CLASS**

CLASS COUNSEL FOR PLAINTIFFS

**DEBE COMPLETAR Y DEVOLVER ESTE DOCUMENTO ANTES DE (INSERTAR FECHA) SI DESEA UNIRSE A LA DEMANDA**

Jose Gonzalez Gomez, )
)
En nombre de sí mismo y )
Todos los demás situados de forma similar, )
)
                    Demandantes, )
v. )   Caso No. 2:22-cv-02198-JAR-ADM
)
Epic Landscape Productions, L.C. )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Antonio Banuelos Sanchez_ (Nombre impreso) Trabajé en la posición de trabajador del césped o del paisaje en o alrededor de _____ (mes, año). Por medio de mi firma a continuación, autorizo la presentación y enjuiciamiento de reclamos en mi nombre y de mi parte para impugnar la falta de Epic de pagarme salarios como lo requiere la ley federal como se presenta en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(s) que impugna tal conducta en esta y cualquier acción subsiguiente que pueda o no ser presentada después de la descertificación, según sea necesario. Con mi firma a continuación, designo al demandante designado y al abogado de registro como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la manera y el método de llevar a cabo esta demanda, y las decisiones con respecto a la liquidación, los honorarios y costos de abogados y todos los demás asuntos relacionados con esta demanda. Entiendo que, aunque tengo el derecho de elegir a otro abogado y perseguir mis reclamaciones en mi propio nombre, elijo ser representado por el abogado de La Firma de abogados The Hodgson Law Firm, LLC, el Bertram Graf, L.L.C., y otros abogados, con quién pueden asociarse.

Por favor imprima o escriba a máquina la siguiente información:

_Antonio Banuelos Sanchez_     _Antonio Banuelos Sanchez_
**Nombre completo** (imprimir claramente)     **Firma**     **Fecha** 06/09/23

_[redacted]_     _[redacted]_
**Dirección**     **Ciudad/Estado/Código postal**

_[redacted]_     _[redacted]_
**Número de teléfono**     **Dirección de correo electrónico**

# PARA OBTENER MÁS INFORMACIÓN

## 12. ¿Hay más detalles disponibles?

Puede recibir más información sobre esta demanda poniéndose en contacto con los abogados de los Demandantes. Puede contactar a los abogados de los Demandantes en:

Amy Stinson (especialista en soporte de litigios)
Michael Hodgson (abogado)
Hodgson Law Firm, LLC
3609 SW Pryor Rd
Lee's Summit, MO 64082
Tel.: 816-600-0117
Fax: 816-600-0137
Sitio web: www.thehodgsonlawfirm.com
Correo electrónico: amy@thehodgsonlawfirm.com
mike@thehodgsonlawfirm.com

Bianca Fennix (paralegal)
Timothy West (abogado)
Bertram & Graf, LLC
2345 Grand Blvd., Suite 1925
Kansas City, MO 64108
Tel.: 888-398-2277
Sitio web: www.bertramgraf.com
Correo electrónico: bianca@bertramgraf.com
tim@bertramgraf.com

Si tiene preguntas sobre esta demanda o sus derechos, puede comunicarse con el abogado de los Demandantes autorizado por el Tribunal utilizando la información de contacto establecida anteriormente, o consultar a otro abogado de su elección.