## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSE GONZALES GOMEZ ET AL. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-02198-JAR-ADM |
| | ) |
| EPIC LANDSCAPE PRODUCTIONS, L.C. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CONSENT TO JOIN

The undersigned in the attached documents, current and former employees of defendant Epic Landscape Productions, L.C., hereby consent to become party plaintiff in the above action.

Erik Coronado-Martinez
Jose Guadalupe Martinez-Martinez

Respectfully submitted,

**THE HODGSON LAW FIRM, L.L.C.**

By: /s/ Michael Hodgson
    Michael Hodgson MO# 21331
    mike@thehodgsonlawfirm.com
    3699 SW PRYOR ROAD,
    Lee's Summit, MO 64082
    Tel: (816) 600-0117
    Fax: (816)600-0137
    www.thehodgsonlawfirm.com

and

By: /s/Timothy R. West
    Timothy R. West

    Timothy R. West, KS Bar #23892
    Bertram and Graf, L.L.C. 2345
    Grand Blvd., Suite 1925
    Kansas City, MO 64108

Telephone: (816) 523-2205
Facsimile: (816) 523-8258
Email: tim@bertramgraf.com
**ATTORNEYS FOR PLAINTIFF AND THE COLLECTIVE CLASS**

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June 2023, the foregoing was filed using the Court's CM/ECF system, which sent notifications to:

**HINKLE LAW FIRM LLC**
Eric W. Barth, #KS-000644
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206
E-mail: ebarth@hinklaw.com

**LEWIS, BRISBOIS, BISGAARD & SMITH LLP**
Alan L. Rupe
1605 North Waterfront Parkway, Suite 150
Wichita, KS 67206
Alan.Rupe@lewisbrisbois.com

**ATTORNEYS FOR DEFENDANT**


/s/ Timothy R. West

**ATTORNEY FOR PLAINTIFFS
AND THE COLLECTIVE CLASS**

EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS

| | |
|---|---|
| JOSE GONZALEZ GOMEZ, et al., Individualmente y en nombre de todos los demás nombrados de manera similar. | ) ) ) ) |
| Demandantes, v. Número_____ | ) ) Causa ) |
| EPIC LANDSCAPE PRODUCTIONS, L.C. | ) ) ) |
| Demandado | ) |

CONSENTIMIENTO PARA UNIRSE

Mi nombre es _____ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Erik Coronado Martinez_
Nombre completo (escribir de forma clara)
Fecha

_Erik Coronado_
Firma

███████████
Número de teléfono

███████████
Correo electrónico

EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
POR EL DISTRITO DE KANSAS

| | |
|---|---|
| JOSE GONZALEZ GOMEZ, et al., Individualmente y en nombre de todos los demás nombrados de manera similar. | ) ) ) ) |
| Demandantes, v. Número_____ | ) ) ) ) |
| EPIC LANDSCAPE PRODUCTIONS, L.C. Demandado | ) ) ) ) ) |

Causa

CONSENTIMIENTO PARA UNIRSE

Mi nombre es _____ (nombre completo). Trabajé en Epic Landscape Productions, L.C. en los últimos tres años. Con mi firma a continuación, autorizo la presentación y el enjuiciamiento de reclamos en mi nombre para impugnar el incumplimiento de Epic de pagarme salarios y horas extras según lo exige la ley federal tal como se presentó en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna(n) tal conducta en esta y cualquier acción subsiguiente que pueda o no presentarse después de la descertificación, según sea necesario. Con mi firma a continuación, nombro al Demandante mencionado y a Mike Hodgson de The Hodgson Law Firm y a Tim West de Bertram & Graf, LLC como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la forma y el método de llevar a cabo esta demanda, y decisiones con respecto a arreglos, honorarios y costos de abogados, y todos los demás asuntos relacionados con esta demanda. Entiendo que si bien tengo derecho a elegir otro abogado y a presentar mis reclamos en mi propio nombre, elegí ser representado por Mike Hodgson de The Hodgson Law Firm y Tim West de Bertram & Graf, LLC.

_Jose Guadalupe Martinez Martinez_
Nombre completo (escribir de forma clara)
Fecha

_Jose G Mtz_
Firma

▮▮▮▮▮▮▮▮▮▮
Número de teléfono

▮▮▮▮▮▮▮▮▮▮
Correo electrónico