IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JOSE GONZALEZ GOMEZ,** | ) |
| On behalf of himself and all other persons similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 2:22-cv-02198-JAR-ADM |
| **EPIC LANDSCAPE PRODUCTIONS, L.C.** | ) ) ) |
| **Defendant**. | ) ) ) |

# NOTICE OF CONSENT TO JOIN

Marquise Riley
Tyler Layne Muller
Cesar Padilla-Valdez
Xavier Moore
Cody Poole
Jose Martinez Roque
Emilio Q Garcia
Akeem Jamal Kindred
Francisco Javier Solis-de Jesus
Donald Dean Neeland Jr
Luis Enrique Rodriguez
Richard Auten

The undersigned in the attached documents, current and former employees of defendants, hereby consent to become party to plaintiff in the above action.

Respectfully submitted,

**THE HODGSON LAW FIRM, L.L.C.**
*/s/ Michael Hodgson*
Michael Hodgson  KS # 21331
3609 SW Pryor Rd
Lee's Summit, MO 64082
Tel: (816) 600-0117
mike@thehodgsonlawfirm.com


and

**BERTRAM AND GRAFF, L.L.C.**
*/s/Timothy R. West*
Timothy R. West, KS Bar #23892
Bertram and Graf, L.L.C.
2345 Grand Blvd., Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile: (816) 523-8258
Email: tim@bertramgraf.com

**ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE COLLECTIVE CLASS**

CLASS COUNSEL FOR PLAINTIFFS

## YOU MUST COMPLETE AND RETURN THIS DOCUMENT BY (INSERT DATE) IF YOU WISH TO JOIN THE LAWSUIT

Jose Gonzalez Gomez, )
)
On Behalf of Himself and )
All Others Similarly Situated, )
)
　　　　　　　　　　Plaintiffs, )
v. )　　Case No. 2:22-cv-02198-JAR-ADM
)
Epic Landscape Productions, L.C. )

### CONSENT TO JOIN

My name is **Marquise Riley**, (print name) I worked in the position of lawn or landscape worker to on or about **June, 2021** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named plaintiff and counsel of record as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by Class Counsel from The Hodgson Law Firm, LLC, the Bertram Graf, L.L.C., and other attorneys, with whom they may associate.

Please print or type the following information:

**Marquise Eugene Riley**
Full Name (Print clearly)　　　　　　　　　Signature　　　　　　　　　　　　　Date

[redacted]
Address　　　　　　　　　　　　　　　　　City/State/Zip

[redacted]
Telephone Number　　　　　　　　　　　　Email Address

**YOU MUST COMPLETE AND RETURN THIS DOCUMENT BY (INSERT DATE) IF YOU WISH TO JOIN THE LAWSUIT**

Jose Gonzalez Gomez,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
On Behalf of Himself and　　　　　　　　　　　　)
All Others Similarly Situated,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiffs,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)　Case No. 2:22-cv-02198-JAR-ADM
v.　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
Epic Landscape Productions, L.C.　　　　　　　　)

## CONSENT TO JOIN

My name is **Tyler Layne Muller**, (print name) I worked in the position of lawn or landscape worker to on or about **5 months** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named plaintiff and counsel of record as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by Class Counsel from The Hodgson Law Firm, LLC, the Bertram Graf, L.L.C., and other attorneys, with whom they may associate.

Please print or type the following information:

| **Tyler Layne Muller** | *[signature]* | 06-22-23 |
|---|---|---|
| Full Name (Print clearly) | Signature | Date |

| [redacted] | [redacted] |
|---|---|
| Address | City/State/Zip |

| [redacted] | [redacted] |
|---|---|
| Telephone Number | Email Address |

94765223.1　　　　　　　　　　　　　　- 6 -

| DEBE COMPLETAR Y DEVOLVER ESTE DOCUMENTO ANTES DE (INSERTAR FECHA) SI DESEA UNIRSE A LA DEMANDA |
|---|

Jose Gonzalez Gomez, )
)
En nombre de sí mismo y )
Todos los demás situados de forma similar, )
)
                   Demandantes, )
v. )    Caso No. 2:22-cv-02198-JAR-ADM
)
Epic Landscape Productions, L.C. )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es **César Padilla Valdéz** (Nombre impreso) Trabajé en la posición de trabajador del césped o del paisaje en o alrededor de _____ (mes, año). Por medio de mi firma a continuación, autorizo la presentación y enjuiciamiento de reclamos en mi nombre y de mi parte para impugnar la falta de Epic de pagarme salarios como lo requiere la ley federal como se presenta en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna tal conducta en esta y cualquier acción subsiguiente que pueda o no ser presentada después de la descertificación, según sea necesario. Con mi firma a continuación, designo al demandante designado y al abogado de registro como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la manera y el método de llevar a cabo esta demanda, y las decisiones con respecto a la liquidación, los honorarios y costos de abogados y todos los demás asuntos relacionados con esta demanda. Entiendo que, aunque tengo el derecho de elegir a otro abogado y perseguir mis reclamaciones en mi propio nombre, elijo ser representado por el abogado de La Firma de abogados The Hodgson Law Firm, LLC, el Bertram Graf, L.L.C., y otros abogados, con quién pueden asociarse.

Por favor imprima o escriba a máquina la siguiente información:

**César Padilla Valdéz**
Nombre completo (imprimir claramente)

*César Padilla Valdéz*    22 junio 23
Firma    Fecha

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Dirección    Ciudad/Estado/Código postal

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Número de teléfono    Dirección de correo electrónico

| YOU MUST COMPLETE AND RETURN THIS DOCUMENT BY (INSERT DATE) IF YOU WISH TO JOIN THE LAWSUIT |
|---|

Jose Gonzalez Gomez, )
)
On Behalf of Himself and )
All Others Similarly Situated, )
)
         Plaintiffs, )
)
v. ) Case No. 2:22-cv-02198-JAR-ADM
)
Epic Landscape Productions, L.C. )
)

## CONSENT TO JOIN

My name is **Xavier Moore**, (print name) I worked in the position of lawn or landscape worker to on or about **Jan, 2019** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named plaintiff and counsel of record as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by Class Counsel from The Hodgson Law Firm, LLC, the Bertram Graf, L.L.C., and other attorneys, with whom they may associate.

Please print or type the following information:

**Xavier Moore**         *[signature]* Xavier Moore   6-22-23
Full Name (Print clearly)       Signature         Date

[redacted]           [redacted]
Address               City/State/Zip

[redacted]           [redacted]
Telephone Number          Email Address

94765223.1          - 6 -

| | |
|---|---|
| **YOU MUST COMPLETE AND RETURN THIS DOCUMENT BY (INSERT DATE)** | |
| **IF YOU WISH TO JOIN THE LAWSUIT** | |

Jose Gonzalez Gomez, )
)
On Behalf of Himself and )
All Others Similarly Situated, )
)
                    Plaintiffs, )
v. )    Case No. 2:22-cv-02198-JAR-ADM
)
Epic Landscape Productions, L.C. )

## CONSENT TO JOIN

My name is ___Cody Poole___, (print name) I worked in the position of lawn or landscape worker to on or about ___7/19___ (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named plaintiff and counsel of record as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by Class Counsel from The Hodgson Law Firm, LLC, the Bertram Graf, L.L.C., and other attorneys, with whom they may associate.

Please print or type the following information:

___Cody Poole___        ___[signature]___   ___6-23-23___
Full Name (Print clearly)        Signature        Date

___[redacted]___
Telephone Number        Email Address

94765223.1        - 6 -

**DEBE COMPLETAR Y DEVOLVER ESTE DOCUMENTO ANTES DE (INSERTAR FECHA) SI DESEA UNIRSE A LA DEMANDA**

Jose Gonzalez Gomez, )
)
En nombre de sí mismo y )
Todos los demás situados de forma similar, )
)
       Demandantes, )
v. ) Caso No. 2:22-cv-02198-JAR-ADM
)
Epic Landscape Productions, L.C. )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es JOSE MARTINEZ ROQUE, (Nombre impreso) Trabajé en la posición de trabajador del césped o del paisaje en o alrededor de 25 AÑOS (mes, año). Por medio de mi firma a continuación, autorizo la presentación y enjuiciamiento de reclamos en mi nombre y de mi parte para impugnar la falta de Epic de pagarme salarios como lo requiere la ley federal como se presenta en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna tal conducta en esta y cualquier acción subsiguiente que pueda o no ser presentada después de la descertificación, según sea necesario. Con mi firma a continuación, designo al demandante designado y al abogado de registro como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la manera y el método de llevar a cabo esta demanda, y las decisiones con respecto a la liquidación, los honorarios y costos de abogados y todos los demás asuntos relacionados con esta demanda. Entiendo que, aunque tengo el derecho de elegir a otro abogado y perseguir mis reclamaciones en mi propio nombre, elijo ser representado por el abogado de La Firma de abogados The Hodgson Law Firm, LLC, el Bertram Graf, L.L.C., y otros abogados, con quién pueden asociarse.

Por favor imprima o escriba a máquina la siguiente información:

JOSE MARTINEZ ROQUE     JOSE MARTINEZ ROQUE   06-24-2023
**Nombre completo** (imprimir claramente)     Firma     Fecha

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Dirección           Ciudad/Estado/Código postal

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Número de teléfono       Dirección de correo electrónico

95270113.1         - 6 -

**YOU MUST COMPLETE AND RETURN THIS DOCUMENT BY (INSERT DATE) IF YOU WISH TO JOIN THE LAWSUIT**

Jose Gonzalez Gomez, )
)
On Behalf of Himself and )
All Others Similarly Situated, )
)
                      Plaintiffs, )
v. ) Case No. 2:22-cv-02198-JAR-ADM
)
Epic Landscape Productions, L.C. )

## CONSENT TO JOIN

My name is _Emilio Q Parcia_, (print name) I worked in the position of lawn or landscape worker to on or about _month 13 yr_ (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named plaintiff and counsel of record as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by Class Counsel from The Hodgson Law Firm, LLC, the Bertram Graf, L.L.C., and other attorneys, with whom they may associate.

Please print or type the following information:

_Emilio Q Garcia_          _Emilio Q Parcia_   6/20/23
Full Name (Print clearly)         Signature         Date

[redacted]          [redacted]
Address         City/State/Zip

[redacted]          [redacted]
Telephone Number         Email Address

94765223.1         - 6 -

**YOU MUST COMPLETE AND RETURN THIS DOCUMENT BY (INSERT DATE) IF YOU WISH TO JOIN THE LAWSUIT**

Jose Gonzalez Gomez, )
)
On Behalf of Himself and )
All Others Similarly Situated, )
)
                Plaintiffs, )
)
v. )   Case No. 2:22-cv-02198-JAR-ADM
)
Epic Landscape Productions, L.C. )

## CONSENT TO JOIN

My name is **Akeem, J. Kindred**, (print name) I worked in the position of lawn or landscape worker to on or about **May 2020** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named plaintiff and counsel of record as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by Class Counsel from The Hodgson Law Firm, LLC, the Bertram Graf, L.L.C., and other attorneys, with whom they may associate.

Please print or type the following information:

**Akeem J Kindred**             **Akeen L**                       
Full Name (Print clearly)           Signature                     Date

[redacted]
Address                               City/State/Zip

[redacted]
Telephone Number                  Email Address

94765223.1           - 6 -

**DEBE COMPLETAR Y DEVOLVER ESTE DOCUMENTO ANTES DE (INSERTAR FECHA) SI DESEA UNIRSE A LA DEMANDA**

Jose Gonzalez Gomez, )
)
En nombre de sí mismo y )
Todos los demás situados de forma similar, )
)
                         Demandantes, )
v. ) Caso No. 2:22-cv-02198-JAR-ADM
)
Epic Landscape Productions, L.C. )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es _Francisco J. Solis de Jesus_, (Nombre impreso) Trabajé en la posición de trabajador del césped o del paisaje en o alrededor de _Agosto 8/2020_ (mes, año). Por medio de mi firma a continuación, autorizo la presentación y enjuiciamiento de reclamos en mi nombre y de mi parte para impugnar la falta de Epic de pagarme salarios como lo requiere la ley federal como se presenta en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(es) que impugna tal conducta en esta y cualquier acción subsiguiente que pueda o no ser presentada después de la descertificación, según sea necesario. Con mi firma a continuación, designo al demandante designado y al abogado de registro como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la manera y el método de llevar a cabo esta demanda, y las decisiones con respecto a la liquidación, los honorarios y costos de abogados y todos los demás asuntos relacionados con esta demanda. Entiendo que, aunque tengo el derecho de elegir a otro abogado y perseguir mis reclamaciones en mi propio nombre, elijo ser representado por el abogado de La Firma de abogados The Hodgson Law Firm, LLC, el Bertram Graf, L.L.C., y otros abogados, con quién pueden asociarse.

Por favor imprima o escriba a máquina la siguiente información:

_Francisco J. Solis de Jesus_       _Francisco J. Solis_     _21/Junio/23_
**Nombre completo** (imprimir claramente)     Firma            Fecha

_____       _____
**Dirección**                       Ciudad/Estado/Código postal

_____       _____
**Número de teléfono**            Dirección de correo electrónico

95270113.1                           - 6 -

| YOU MUST COMPLETE AND RETURN THIS DOCUMENT BY (INSERT DATE) IF YOU WISH TO JOIN THE LAWSUIT |
|---|

Jose Gonzalez Gomez, )
)
On Behalf of Himself and )
All Others Similarly Situated, )
)
                Plaintiffs, )
v. )   Case No. 2:22-cv-02198-JAR-ADM
)
Epic Landscape Productions, L.C. )

## CONSENT TO JOIN

My name is Donald O Neoland, (print name) I worked in the position of lawn or landscape worker to on or about 3/20 - 6-21 (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named plaintiff and counsel of record as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by Class Counsel from The Hodgson Law Firm, LLC, the Bertram Graf, L.L.C., and other attorneys, with whom they may associate.

Please print or type the following information:

Donald

Full Name (Print clearly)      Signature      Date

Address      City/State/Zip

Telephone Number      Email Address

94765223.1      - 6 -

**DEBE COMPLETAR Y DEVOLVER ESTE DOCUMENTO ANTES DE (INSERTAR FECHA) SI DESEA UNIRSE A LA DEMANDA**

Jose Gonzalez Gomez, )
)
En nombre de sí mismo y )
Todos los demás situados de forma similar, )
)
                      Demandantes, )
)
v. )   Caso No. 2:22-cv-02198-JAR-ADM
)
Epic Landscape Productions, L.C. )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es ___Luis E Rodriguez___, (Nombre impreso) Trabajé en la posición de trabajador del césped o del paisaje en o alrededor de __2003 - 2023__ (mes, año). Por medio de mi firma a continuación, autorizo la presentación y enjuiciamiento de reclamos en mi nombre y de mi parte para impugnar la falta de Epic de pagarme salarios como lo requiere la ley federal como se presenta en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(s) que impugna tal conducta en esta y cualquier acción subsiguiente que pueda o no ser presentada después de la descertificación, según sea necesario. Con mi firma a continuación, designo al demandante designado y al abogado de registro como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la manera y el método de llevar a cabo esta demanda, y las decisiones con respecto a la liquidación, los honorarios y costos de abogados y todos los demás asuntos relacionados con esta demanda. Entiendo que, aunque tengo el derecho de elegir a otro abogado y perseguir mis reclamaciones en mi propio nombre, elijo ser representado por el abogado de La Firma de abogados The Hodgson Law Firm, LLC, el Bertram Graf, L.L.C., y otros abogados, con quién pueden asociarse.

Por favor imprima o escriba a máquina la siguiente información:

___Luis Enrique Rodriguez___    ___[signature]___    ___06-19-2023___
Nombre completo (imprimir claramente)    Firma    Fecha

___[redacted]___    ___[redacted]___
Dirección    Ciudad/Estado/Código postal

___[redacted]___    ___[redacted]___
Número de teléfono    Dirección de correo electrónico

95270113.1    - 6 -

**YOU MUST COMPLETE AND RETURN THIS DOCUMENT BY (INSERT DATE) IF YOU WISH TO JOIN THE LAWSUIT**

Jose Gonzalez Gomez, )
)
On Behalf of Himself and )
All Others Similarly Situated, )
)
                Plaintiffs, )
)
v. ) Case No. 2:22-cv-02198-JAR-ADM
)
Epic Landscape Productions, L.C. )

## CONSENT TO JOIN

My name is **R Richard Auten**, (print name) I worked in the position of lawn or landscape worker to on or about **5 / 1997** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named plaintiff and counsel of record as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by Class Counsel from The Hodgson Law Firm, LLC, the Bertram Graf, L.L.C., and other attorneys, with whom they may associate.

Please print or type the following information:

**Richard Auten**                              *[signature]*      6-18-2023
Full Name (Print clearly)                       Signature                    Date

_____          _____
Address                                             City/State/Zip

_____          _____
Telephone Number                              Email Address

04765223.1                                    - 6 -