IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JOSE GONZALEZ GOMEZ,** | ) |
| **On behalf of himself and all other persons similarly situated,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 2:22-cv-02198-JAR-ADM |
| **EPIC LANDSCAPE PRODUCTIONS, L.C.** | ) ) ) |
| Defendant. | ) ) ) |

# NOTICE OF CONSENT TO JOIN

Sasha N. Zambrana Rodz
Luis R. Chavez
Lorena Martinez
Ignacio Garcia

The undersigned in the attached documents, current and former employees of defendants, hereby consent to become party to plaintiff in the above action.

Respectfully submitted,

**THE HODGSON LAW FIRM, L.L.C.**
*/s/ Michael Hodgson*
Michael Hodgson  KS # 21331
3609 SW Pryor Rd
Lee's Summit, MO 64082
Tel: (816) 600-0117
mike@thehodgsonlawfirm.com

and

**BERTRAM AND GRAFF, L.L.C.**
*/s/Timothy R. West*
Timothy R. West, KS Bar #23892
Bertram and Graf, L.L.C.
2345 Grand Blvd., Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile: (816) 523-8258
Email: tim@bertramgraf.com

**ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE COLLECTIVE CLASS**

CLASS COUNSEL FOR PLAINTIFFS

**YOU MUST COMPLETE AND RETURN THIS DOCUMENT BY (INSERT DATE) IF YOU WISH TO JOIN THE LAWSUIT**

Jose Gonzalez Gomez, )
)
On Behalf of Himself and )
All Others Similarly Situated, )
)
                Plaintiffs, )
)
v. )   Case No. 2:22-cv-02198-JAR-ADM
)
Epic Landscape Productions, L.C. )

## CONSENT TO JOIN

My name is _Sasha N. Zambrana Rodz_ (print name) I worked in the position of lawn or landscape worker to on or about _Abril/2021_ (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named plaintiff and counsel of record as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by Class Counsel from The Hodgson Law Firm, LLC, the Bertram Graf, L.L.C., and other attorneys, with whom they may associate.

Please print or type the following information:

| Sasha N. Zambrana Rodz | _Sasha N. Zambrana Rodz_ | 07/05/23 |
|---|---|---|
| Full Name (Print clearly) | Signature | Date |

Telephone Number          Email Address

94765223.1          - 6 -

**DEBE COMPLETAR Y DEVOLVER ESTE DOCUMENTO ANTES DE (INSERTAR FECHA) SI DESEA UNIRSE A LA DEMANDA**

Jose Gonzalez Gomez, )
 )
En nombre de sí mismo y )
Todos los demás situados de forma similar, )
 )
                              Demandantes, )
v. )    Caso No. 2:22-cv-02198-JAR-ADM
 )
Epic Landscape Productions, L.C. )

## CONSENTIMIENTO PARA UNIRSE

Mi nombre es __Luis Ricardo Chavez__, (Nombre impreso) Trabajé en la posición de trabajador del césped o del paisaje en o alrededor de __till Dec 2022.__ (mes, año). Por medio de mi firma a continuación, autorizo la presentación y enjuiciamiento de reclamos en mi nombre y de mi parte para impugnar la falta de Epic de pagarme salarios como lo requiere la ley federal como se presenta en este procedimiento. También autorizo la presentación de este consentimiento en la(s) acción(s) que impugna tal conducta en esta y cualquier acción subsiguiente que pueda o no ser presentada después de la descertificación, según sea necesario. Con mi firma a continuación, designo al demandante designado y al abogado de registro como mis representantes para tomar decisiones en mi nombre con respecto a la demanda, la manera y el método de llevar a cabo esta demanda, y las decisiones con respecto a la liquidación, los honorarios y costos de abogados y todos los demás asuntos relacionados con esta demanda. Entiendo que, aunque tengo el derecho de elegir a otro abogado y perseguir mis reclamaciones en mi propio nombre, elijo ser representado por el abogado de La Firma de abogados The Hodgson Law Firm, LLC, el Bertram Graf, L.L.C., y otros abogados, con quién pueden asociarse.

Por favor imprima o escriba a máquina la siguiente información:

__Luis R. Chavez__                    __/s/ Luis Chavez__           __July 5th, 2023__
**Nombre completo** (imprimir claramente)    Firma                        Fecha

[redacted]                                   [redacted]
Número de teléfono                     Dirección de correo electrónico

**YOU MUST COMPLETE AND RETURN THIS DOCUMENT BY (INSERT DATE) IF YOU WISH TO JOIN THE LAWSUIT**

Jose Gonzalez Gomez, )
)
On Behalf of Himself and )
All Others Similarly Situated, )
)
                Plaintiffs, )
v. ) Case No. 2:22-cv-02198-JAR-ADM
)
Epic Landscape Productions, L.C. )

## CONSENT TO JOIN

My name is __Lorena Martinez__, (print name) I worked in the position of lawn or landscape worker to on or about __May, 2020__ (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named plaintiff and counsel of record as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by Class Counsel from The Hodgson Law Firm, LLC, the Bertram Graf, L.L.C., and other attorneys, with whom they may associate.

Please print or type the following information:

__Lorena Martinez__      __[signature]__     __07-03-23__
**Full Name (Print clearly)**             **Signature**             **Date**

Telephone Number             Email Address

94765223.1       - 6 -

| | |
|---|---|
| YOU MUST COMPLETE AND RETURN THIS DOCUMENT BY (INSERT DATE) IF YOU WISH TO JOIN THE LAWSUIT | |

Jose Gonzalez Gomez, )
)
On Behalf of Himself and )
All Others Similarly Situated, )
)
                         Plaintiffs, )
v. )    Case No. 2:22-cv-02198-JAR-ADM
)
Epic Landscape Productions, L.C. )

## CONSENT TO JOIN

My name is **Ignacio Garcia-Cordova**, (print name) I worked in the position of lawn or landscape worker to on or about **Aug-6-2021 – Oct 6 2021** (month, year). By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest Epic's failure to pay me wages as required under federal law as brought in these proceedings. I also authorize the filing of this consent in the action(s) challenging such conduct in this and any subsequent actions that may or may not be filed post decertification, as needed. By my signature below, I designate the named plaintiff and counsel of record as my representatives to make decisions on my behalf concerning the lawsuit, the manner and method of conducting this lawsuit, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by Class Counsel from The Hodgson Law Firm, LLC, the Bertram Graf, L.L.C., and other attorneys, with whom they may associate.

Please print or type the following information:

**Ignacio Garcia**             [signature]             06-15-23
Full Name (Print clearly)             Signature             Date

[REDACTED]             [REDACTED]
Telephone Number             Email Address