IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSE GONZALEZ GOMEZ, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>EPIC LANDSCAPE PRODUCTIONS, L.C., et al<br><br>        Defendants. | Case No. 2:22-cv-02198-JAR-ADM |

**PLAINTIFFS' UNOPPOSED MOTION
TO SUBSTITUTE PROPOSED CLASS REPRESENATIVE**

Plaintiffs hereby respectfully request that the Court allow it to substitute Leonel Quinones Vargas in place of Jesus Salvador Hernandez Devora as the proposed Class Representative for the proposed H-2B worker class and Missouri Minimum Wage and Maximum Hours Laws (MMWL) claims.  In support of this Motion, Plaintiffs state as follows:

**Plaintiffs' Motion for Class Certification is Pending**

1. On December 22, 2024, Plaintiffs filed a Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel.  [Doc. 147]

2. In that motion, Plaintiffs proposed that Jesus Salvador Hernandez Devora would serve as the Class Representative for the H-2B worker class and the MMWL claims.  *Id*.

3. On January 19, 2024, Defendants opposed the motion [Doc. 155] and on February 9, 2024, Plaintiffs filed a reply in support of their motion.  [Doc. 169]  On March 5, 2024, Defendants sought leave to file a surreply brief [Doc. 180] and Plaintiffs opposed that motion on March 13, 2024.  [Doc. 181]

4. Plaintiffs' Motion for Class Certification [Doc. 147] and Defendants' motion for leave [Doc. 180] remain pending as of the date of filing this motion.

**Defendants Do Not Oppose and Are Not Prejudiced by this Substitution**

5. Discovery in this case is set to close on June 24, 2024. [Doc. 218]

6. Defendants served discovery on Jesus Salvador Hernandez Devora and then sought to depose him on June 12, 2024.

7. Despite counsels' best efforts they were unable to get Mr. Devora's cooperation in preparing responses to Defendants' written discovery or appearing for his deposition.

8. The only communication received from Mr. Devora was that he no longer worked for Epic and was no longer in the Kansas City area.

9. Thus, despite previously agreeing to serve as Class Representative, he appears no longer willing to serve that role.

10. Plaintiffs' counsel contacted Defendants' counsel to advise of the problems in securing Mr. Devora's attendance for his deposition.

11. Defendants' counsel thereby agreed to not take his deposition on June 12, 2024, and to take Mr. Vargas's deposition on a date to be mutually agreed to.

12. In other words, Defendants will not be prejudiced by this proposed substitution of Class Representative because they have not yet taken Mr. Devora's deposition and will still be able to take Mr. Vargas's deposition.

13. Further, on June 12, 2024, Defendants' counsel stated that they would not oppose this request to substitute the proposed Class Representative.

14. Courts routinely find that even when a Class Representative has been appointed, it is appropriate to substitute another person in the role of Class Representative when necessary. *In re Telectronics Pacing Sys., Inc., Accufix Atrial "J" Leads Prods. Liab. Litig.*, 172 F.R.D. 271, 283 (S.D. Ohio 1997) (court named substitute new class representative without formal intervention joinder); *see also Shankroff v. Advest, Inc.*, 112 F.R.D. 190, 194 (S.D.N.Y. 1986) (sole proposed representative

found inadequate, although other class certification criteria were met; plaintiff's counsel were given thirty days to propose at least one substitute representative).

### Mr. Vargas Is an Appropriate Class Representative

15. Mr. Vargas has agreed to serve as a Class Representative and to participate in discovery, including a deposition.

16. Mr. Vargas has worked as an H-2B worker for Defendants each year since at least 2015. *(See, **Exhibit 1,** Defendants' Internal Paperwork Indicating Dates of Hire and Termination Each Year Pursuant to H-2B Program, Bates No. Epic A011431, 011444, 011458, 011470, 011485, 011506).*

17. Each year, Mr. Vargas only came to the United States for the purpose of working for Defendants and then returned to Mexico once his job was done for that season. *Id.*

18. Mr. Vargas did not receive premium pay when he worked over 40 hours in a workweek. *(See, **Exhibit 2**, Bates Nos. A001006-1049 Pay records for Mr. Vargas).*

19. Mr. Vargas routinely worked in excess of 100 hours every two weeks without overtime compensation. *Id.*

20. The documents attached as Exhibit 1 indicate that he worked out of Defendants' North Kansas City location, in Missouri. (In the Division box, it indicates "NB" for North Branch.)

21. Mr. Vargas maintains contract claims under the H-2B process, as well as MMWL claims because of his work as a Missouri worker.

### Conclusion

Mr. Vargas worked for Defendants pursuant to the H-2B program, was not paid overtime wages until July 2021 and worked out of Defendants' Missouri location. Thus, he is an appropriate Class Representative for the H-2B claims and the MMWL claims. Defendants are not prejudiced by substituting him for Mr. Devora and have stated that they do not oppose the substitution.

Thus, Plaintiffs respectfully request that the Court permit them to substitute Mr. Vargas as the

proposed Class Representative for the H-2B and MMWL claims in place of Mr. Devora.

Respectfully submitted:

**THE HODGSON LAW FIRM, L.L.C.**

By:  */s/ Michael Hodgson*
Michael Hodgson           KS # 21331
mike@thehodgsonlawfirm.com
3699 SW Pryor Rd
Lee's Summit, MO 64082
Tel: (816) 600-0117

and

By:  /s/Timothy R. West
Timothy R. West, KS Bar #23892
Bertram and Graf, L.L.C.
2345 Grand Blvd., Suite 1925
Kansas City, MO 64108

Telephone: (816) 523-2205

Facsimile: (816) 523-8258
Email: tim@bertramgraf.com

**ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE COLLECTIVE CLASS**