**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **JOSE GONZALEZ GOMEZ,** | ) | |
| **LEONEL QUINONES VARGAS, et. al.** | ) | |
| | ) | |
| **On behalf of themselves, and** | ) | |
| **all other persons similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No.: 2:22-cv-02198-JAR-ADM** |
| | ) | |
| **EPIC LANDSCAPE PRODUCTIONS,** | ) | |
| **L.C., et al.** | ) | |
| | ) | |
| **Defendants**. | ) | |

**PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF THEIR AMENDED**
**MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS**
**REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**

In response to the Court's September 30, 2024, Order [Doc. 285] ("Order"), Plaintiff submit this reply brief in support of Plaintiff's Amended Motion for Class Certification. Because the Court previously ordered no reply brief be filed and because the Order directed Plaintiff to address a specific evidentiary issue, this reply brief is limited to that specific evidentiary issue.

Defendants' argument concerning the H-2B applications seems disingenuous given that Defendants know the contents of those applications because they prepared and submitted the applications to the United States government promising to pay overtime wages. Here are the highlights of those applications:

<u>2017 H-2B APPLICATION CERTIFIED</u>:

1.  On December 21, 2016, the U.S. Department of Labor issued a Final Determination certifying Epic's application seeking temporary labor certification under the H-2B temporary nonagricultural program.  **Exhibit 1**,[1] at EPIC013065.

2.  Epic's application (ETA Form 9142), which was approved by the U.S. Department of Labor, was enclosed with the Final Determination.  *Id*. at EPIC013067.

3.  In that application, Epic stated that it was seeking 56 workers to work as Landscape Laborers from February 13, 2017 to November 17, 2017.  *Id*. at EPIC013069.

4.  In that application, Epic stated that the "number of hours of work per week" was "Basic: 35   Overtime 5" *Id*. at EPIC013071.

5.  The application further described the duties to be performed, including "Mow, edge, mulch, aerate, weed, trim, water, sod, rake, dig, install sprinklers, install rock/concrete walls and/or power equipment, fertilize, grub, plant, use, maintain and repair tools/equip, remove thatch/litter/debris." *Id*. at EPIC013076.

6.  It also states that the worker may operate a vehicle.  *Id*.

7.  The application states that the "Basic Rate of Pay Offered" is $12.89 to $18.25.  *Id*. at EPIC013073.

8.  The application states that the "Overtime Rate of Pay (if applicable)" is $19.34 to $27.38. *Id*.

9.  In the additional notes, EPIC stated: "hrs may fluctuate (+/-), possible downtime/OT.  OT not required.  ….  Employer will comply w/applicable Federal, State, local laws pertaining to wages and OT."  *Id*. at EPIC013079.

---

[1] All the exhibits attached hereto were previously attached to briefing publicly filed in prior litigation with Epic's consent.  Given Epic's new position that EINs should be redacted that has also been done to these exhibits.

10.     The application was signed by EPIC's agent at Labor Consultant's International and its attorney and CFO, Don Chapman, attesting that to the best of their knowledge, the information contained in the application is true and correct.  *Id*. at EPIC013081-83.

11.     Don Chapman, EPIC's in-house counsel and CFO, attested that EPIC "will pay at least the offered wages" and "will comply with applicable Federal, State and local employment-related laws and regulations…."  *Id*. at EPIC013081-82.

<u>SECOND 2017 H-2B APPLICATION ALSO CERTIFIED</u>:

12.     On February 13, 2017, the U.S. Department of Labor issued another Final Determination certifying another Epic application seeking temporary labor certification under the H-2B temporary nonagricultural program.  **Exhibit 2**, at EPIC013133.

13.     Epic's application (ETA Form 9142B), which was approved by the U.S. Department of Labor, was enclosed with the Final Determination.  *Id*. at EPIOC013134.

14.     In that application, Epic stated that it was seeking 35 workers to work as Landscape Laborers from April 1, 2017 to November 17, 2017.  *Id*. at EPIC013135.

15.     In that application, Epic stated that the "number of hours of work per week" was "Basic: 35   Overtime N/A"  *Id*. at EPIC013136.

16.     The application states that the "Basic Rate of Pay Offered" is $12.89 to $13.72.  *Id*. at EPIC013137.

17.     The application states that the "Overtime Rate of Pay (if applicable)" is $19.34 to $20.58.  *Id*.

18.     The application also stated that there was "possible downtime/OT.   OT not required.  …. Employer will comply with applicable Federal, State, local laws pertaining to wages and OT."  *Id*. at EPIC013140.

19.     The application was signed by EPIC's agent at Labor Consultant's International and its attorney and CFO, Don Chapman, attesting that to the best of their knowledge, the information contained in the application is true and correct.  *Id*. at EPIC013141-43.

20.     Don Chapman, EPIC's in-house counsel and CFO, attested that EPIC "will pay at least he offered wage, free and clear," and "will comply with applicable Federal, State and local employment-related laws and regulations…."  *Id*. at EPIC013141-42.

<u>2018 H-2B APPLICATION CERTIFIED</u>:

21.     On November 29, 2017, the U.S. Department of Labor issued a Notice of Certification certifying Epic's application seeking temporary labor certification under the H-2B temporary nonagricultural program.  **Exhibit 3**, at EPIC013487.Epic's application (Form ETA-9142B), which was approved by the U.S. Department of Labor, was enclosed with the Notice of Certification.  *Id*. at EPIC013488.

22.     In that application, Epic stated that it was seeking 61 workers to work as Landscape Laborers from February 1, 2018 to November 1, 2018.  *Id*. at EPIC013489.

23.     In that application, Epic stated that the "number of hours of work per week" was "Basic: 40   Overtime N/A"  *Id*. at EPIC013491.

24.     The application further described the duties to be performed, including "Mow, edge, mulch, aerate, weed, trim, water, sod, rake, dig, install sprinklers, install rock gardens and/or retaining walls and/or planters, operate vehicles and/or power equipment, fertilize, grub, plant, use, maintain, & repair tools/equipment, remove thatch/litter/debris."  *Id*.

25.     The application states that the "Basic Rate of Pay Offered" is $13.79 to $18.75.  *Id*. at EPIC013493.

26.     The application states that the "Overtime Rate of Pay (if applicable)" is $20.69 to $28.13.  *Id*.

27.     In the additional notes, EPIC stated: "hrs may fluctuate (+/-), possible downtime and/or OT.  OT not required.  This employer will also comply with all applicable federal, state, and local laws pertaining to overtime hours."  *Id*. at EPIC013497.

28.     The application was signed by EPIC's agent at Labor Consultant's International and its attorney and CFO, Don Chapman, attesting that to the best of their knowledge, the information contained in the application is true and correct.  *Id*. at EPIC013498-500.

29.     Don Chapman, EPIC's in-house counsel and CFO, attested that EPIC "will pay at least the offered wages" and "will comply with applicable Federal, State and local employment-related laws and regulations…."  *Id*. at EPIC013498-99.

<u>SECOND 2018 H-2B APPLICATION ALSO CERTIFIED</u>:

30.     On February 20, 2018, the U.S. Department of Labor issued another Notice of Certification certifying another Epic application seeking temporary labor certification under the H-2B temporary nonagricultural program.  **Exhibit 4**, at EPIC013885.

31.     Epic's application (Form ETA-9142B), which was approved by the U.S. Department of Labor, was enclosed with the Notice of Certification.  *Id*. at EPIC013887.

32.     In that application, Epic stated that it was seeking 42 workers to work as Landscape Laborers from April 1, 2018 to November 1, 2018.  *Id*. at EPIC013888.

33.     In that application, Epic stated that the "number of hours of work per week" was "Basic: 40   Overtime N/A"  *Id*. at EPIC013890.

34.     The application further described the duties to be performed, including "Mow, edge, mulch, aerate, weed, trim, water, sod, rake, dig, install sprinklers, install rock gardens and/or

5

retaining walls and/or planters, fertilize, grub, plant, use, maintain, and repair tools/equipment, remove thatch/litter/debris & other related Landscape Laborer activities as per SOC/OES 37-3011 (onetonline.org)." *Id*.

35.     The applications also states "may operate vehicles & must comply w/ Fed, State, local motor vehicle laws." *Id*. at EPIC013894.

36.     The application states that the "Basic Rate of Pay Offered" is $13.79. *Id*. at EPIC013892.

37.     The application states that the "Overtime Rate of Pay (if applicable)" is $20.69. *Id*.

38.     In the additional notes, EPIC stated: "hours may fluctuate (+/-), possible downtime and/or OT. OT not required. This employer will also comply with all applicable federal, state, and local laws pertaining to overtime hours." *Id*. at EPIC013896.

39.     The application was signed by EPIC's agent at Labor Consultant's International and its attorney and CFO, Don Chapman, attesting that to the best of their knowledge, the information contained in the application is true and correct. *Id*. at EPIC013908-10.

40.     Don Chapman, EPIC's in-house counsel and CFO, attested that EPIC "will pay at least the offered wages" and "will comply with applicable Federal, State and local employment-related laws and regulations…." *Id*. at EPIC013908-09.

<u>2019 H-2B APPLICATION CERTIFIED:</u>

41.     On December 4, 2018, the U.S. Department of Labor issued a Notice of Certification certifying Epic's application seeking temporary labor certification under the H-2B temporary nonagricultural program. **<u>Exhibit 5</u>**, at EPIC014277.

42.     Epic's application (ETA Form 9142B), which was approved by the U.S. Department of Labor, stated that Epic was seeking 61 workers to work as Landscape Laborers from February 1, 2019 to November 1, 2019.  *Id*. at EPIC014280.

43.     In that application, Epic stated that the number of hours of work per week were 40. Epic left the place to insert overtime hours blank.  *Id*. at EPIC014282.

44.     The application further described the duties to be performed, including "Mow, edge, mulch, aerate, weed, trim, water, sod, rake, dig, install sprinklers, install rock gardens and/or retaining walls and/or planters, operate vehicles and/or power equipment, fertilize, grub, plant, use, maintain, & repair tools/equipment, remove thatch/litter/debris.  Provide proper upkeep of all areas of job & other related Landscape Laborer activities as per SOC/OES 37-3011."  *Id*. at EPIC014287.

45.     The application states that the "Basic rate of Pay Offered" is $14.73 to 19.25.  *Id*. at EPIC014284.

46.     The application states that the "Overtime Rate of Pay (if applicable)" is $22.1[sic] to 28.88.  *Id*.

47.     In the Additional Wage Information, Epic stated: "hour may fluctuate (+/-), possible downtime and/or OT.  OT not required.  This employer will also comply with all applicable, federal, state and local laws pertaining to overtime hours."  *Id*. at EPIC014288.

48.     The application was signed by EPIC's agent at Labor Consultant's International and its attorney and CFO, Don Chapman, attesting that to the best of their knowledge, the information contained in the application is true and correct.  *Id*. at EPIC014290-92.

49.     Don Chapman, EPIC's in-house counsel and CFO, attested that EPIC "will pay at least the offered wages" and "will comply with applicable Federal, State and local employment-related laws and regulations…." *Id*. at EPIC0142890-91.

<u>2019 SECOND H-2B APPLICATION CERTIFIED</u>:

50.     On January 31, 2019, the U.S. Department of Labor issued a Notice of Certification certifying Epic's application seeking temporary labor certification under the H-2B temporary nonagricultural program.  **Exhibit 6**, at EPIC01474.

51.     Epic's application (ETA Form 9142B), which was approved by the U.S. Department of Labor, stated that Epic was seeking 42 workers to work as Landscape Laborers from April 1, 2019 to November 1, 2019. *Id*. at EPIC014751.

52.     In that application, Epic stated that the number of hours of work per week were 40 and Overtime hours were "N/A". *Id*. at EPIC014753.

53.     The application further described the duties to be performed, including "Mow, edge, mulch, aerate, weed, trim, water, sod, rake, dig, install sprinklers, install rock gardens and/or retaining walls and/or planters, fertilize, grub, plant, use, maintain, & repair tools/equipment, remove thatch/litter/debris & other related Landscape Laborer activities as per SOC/OES 37-3011 (onetonline.org)." *Id*. at EPIC014753.

54.     The application states that the "Basic rate of Pay Offered" is "From: $14.73 to (Optional): $N/A.N.A". *Id*. at EPIC014755.

55.     The application states that the "Overtime Rate of Pay (if applicable)" is "From $22.10 to (Optional): $N/A.N/A." *Id*.

56.     In the Additional Wage Information, Epic stated: "hour may fluctuate (+/-), possible downtime and/or OT.  OT not required.  This employer will also comply with all applicable, federal, state and local laws pertaining to overtime hours."  *Id*. at EPIC014760.

57.     The application was signed by EPIC's agent at Labor Consultant's International and its attorney and CFO, Don Chapman, attesting that to the best of their knowledge, the information contained in the application is true and correct.  *Id*. at EPIC014761-63.

58.     Don Chapman, EPIC's in-house counsel and CFO, attested that EPIC "will pay at least the offered wages" and "will comply with applicable Federal, State and local employment-related laws and regulations…."  *Id*. at EPIC0142761-62.

### 2019 THIRD H-2B APPLICATION CERTIFIED:

59.     On February 7, 2019, the U.S. Department of Labor issued a Notice of Certification certifying Epic's application seeking temporary labor certification under the H-2B temporary nonagricultural program.  **Exhibit 7**, at EPIC014235.

60.     Epic's application (ETA Form 9142B), which was approved by the U.S. Department of Labor, stated that Epic was seeking 61 workers to work as Landscape Laborers from April 1, 2019 to November 1, 2019.  *Id*. at EPIC014238.

61.     In that application, Epic stated that the number of hours of work per week were 40. Epic left the place to insert overtime hours blank.  *Id*. at EPIC014240.

62.     The application further described the duties to be performed, including "Mow, edge, mulch, aerate, weed, trim, water, sod, rake, dig, install sprinklers, install rock gardens and/or retaining walls and/or planters, operate vehicles and/or power equipment, fertilize, grub, plant, use, maintain, & repair tools/equipment, remove thatch/litter/debris.  Provide proper upkeep of all

areas of job & other related Landscape Laborer activities as per SOC/OES 37-3011." *Id*. at EPIC014245.

63.     The application states that the "Basic rate of Pay Offered" is $14.73 to 19.25. *Id*. at EPIC014242.

64.     The application states that the "Overtime Rate of Pay (if applicable)" is $22.1[sic] to 28.88. *Id*.

65.     In the Additional Wage Information, Epic stated: "hour may fluctuate (+/-), possible downtime and/or OT.  OT not required.  This employer will also comply with all applicable, federal, state and local laws pertaining to overtime hours." *Id*. at EPIC014246.

66.     The application was signed by EPIC's agent at Labor Consultant's International and its attorney and CFO, Don Chapman, attesting that to the best of their knowledge, the information contained in the application is true and correct. *Id*. at EPIC014248-50.

67.     Don Chapman, EPIC's in-house counsel and CFO, attested that EPIC "will pay at least the offered wages" and "will comply with applicable Federal, State and local employment-related laws and regulations…." *Id*. at EPIC0142848-49.

<u>2020 H-2B APPLICATION CERTIFIED:</u>

68.     On September 30, 2019, EPIC submitted an H-2B Application for Temporary Employment Certification (Form ETA 9142B to the U.S. Department of Labor.  **Exhibit 8**, at EPIC015344-15363.

69.     In this application, EPIC sought 67 workers from February 1, 2020 to October 31, 2020. *Id*. at EPIC015344.

70.     The application stated that the anticipated days and hours of work per week were 40 hours per week with 8 hours per day, Monday through Friday. *Id*. at EPIC015346.

71.     Epic stated that the basic wage rate paid was $17.27 to $19.25 per hour.

72.     Epic stated, in section F.B.8a. that the overtime wage rate paid was $25.91 to 28.88 per hour. *Id*. at EPIC015347.

73.     The application stated that "Overtime hours will be available to the workers and payable at the rate discussed in Section F.B.8a of this application." *Id*.

74.     The application was signed by EPIC's agent at Labor Consultant's International and its attorney and CFO, Don Chapman, attesting that to the best of their knowledge, the information contained in the application is true and correct. *Id*. at EPIC015351-53.

75.     Don Chapman, EPIC's in-house counsel and CFO, attested that EPIC "will pay at least the offered wages" and "will comply with applicable Federal, State and local employment-related laws and regulations…." *Id*. at EPIC015351-52.

<u>2020 SECOND H-2B APPLICATION CERTIFIED</u>:

76.     On February 18, 2020, the U.S. Department of Labor issued a Notice of Certification certifying Epic's application seeking temporary labor certification under the H-2B temporary nonagricultural program. **Exhibit 9**, at EPIC015413.

77.     Epic's application (Form ETA-9142B), which was approved by the U.S. Department of Labor, stated that Epic was seeking 46 workers to work as Landscape Laborers from April 1, 2020 to October 31, 2020. *Id*. at EPIC01419.

78.     In that application, Epic stated that the anticipated days and hours of work per week were 8 hours per day, Monday through Friday. *Id*. at EPIC015421.

79.     The application further described the duties to be performed, including "Mow, edge, mulch, aerate, weed, trim, water, sod, rake, dig, install sprinklers, install rock gardens and/or retaining walls and/or planters, fertilize, grub, plant, use, maintain, & repair tools/equipment,

remove thatch/litter/debris.  Provide proper upkeep of all areas of job & other related Landscape Laborer activities as per SOC/OES 37-3011." *Id.*

80.     The application states that the "Basic Wage Rate Paid" is $17.27.  *Id*. at EPIC015422.

81.     The application, in section F.B.8a. states that the "Overtime Wage Rate Paid" is $25.91. *Id.*

82.     The application stated that "Overtime hours will be available to the workers and payable at the rate discussed in Section F.B.8a of this application."  *Id.*

83.     The application was signed by EPIC's agent at Labor Consultant's International and its attorney and CFO, Don Chapman, attesting that to the best of their knowledge, the information contained in the application is true and correct.  *Id*. at EPIC015427-29.

84.     Don Chapman, EPIC's in-house counsel and CFO, attested that EPIC "will pay at least the offered wages" and "will comply with applicable Federal, State and local employment-related laws and regulations…."  *Id*. at EPIC015427-28.

85.     In the job description, Epic stated that "hours may fluctuate (+/-), possible downtime and/or OT.  OT not required.  This employer will also comply with all applicable, federal, state and local laws pertaining to overtime hours."  *Id*. at EPIC015433.

<u>2020 H-2B THIRD APPLICATION CERTIFIED</u>:

86.     On August 18, 2020, the U.S. Department of Labor issued a Notice of Certification certifying Epic's application seeking temporary labor certification under the H-2B temporary nonagricultural program.  **Exhibit 10**, at EPIC014828.

87.     Epic's application (Form ETA-9142B), which was approved by the U.S. Department of Labor, stated that Epic was seeking 67 workers to work as Landscape Laborers from October 1, 2020 to November 25, 2020.  *Id*. at EPIC014832.

88.     In that application, Epic stated that the anticipated days and hours of work per week were 8 hours per day, Monday through Friday.  *Id*. at EPIC014834.

89.     The application further described the duties to be performed, including "Mow, edge, mulch, aerate, weed, trim, water, sod, rake, dig, install sprinklers, install rock gardens and/or retaining walls and/or planters, operate vehicles and/or power equipment, fertilize, grub, plant, use, maintain, & repair tools/equipment, remove thatch/litter/debris.  Provide proper upkeep of all areas of job & other related Landscape Laborer activities as per SOC/OES 37-3011."  *Id*.

90.     The application states that the "Basic Wage Rate Paid" is $17.27 to $19.25.  *Id*. at EPIC014835.

91.     The application, in section F.B.8a. stated that the "Overtime Wage Rate Paid" is $25.91 to $28.22.  *Id*.

92.     The application stated that "Overtime hours will be available to the workers and payable at the rate discussed in Section F.B.8a of this application."  *Id*.

93.     The application was signed by EPIC's agent at Labor Consultant's International and its attorney and CFO, Don Chapman, attesting that to the best of their knowledge, the information contained in the application is true and correct.  *Id*. at EPIC014840-42.

94.     Don Chapman, EPIC's in-house counsel and CFO, attested that EPIC "will pay at least the offered wages" and "will comply with applicable Federal, State and local employment-related laws and regulations…."  *Id*. at EPIC014840-41.

95.     In the job description, Epic stated that "hours may fluctuate (+/-), npossible downtime and/or OT.  OT not required.  This employer will also comply with all applicable, federal, state and local laws pertaining to overtime hours."  *Id*. at EPIC014846.

<u>2021 H-2B APPLICATION CERTIFIED</u>:

96.     On December 10, 2020, the U.S. Department of Labor issued a Notice of Certification certifying Epic's application seeking temporary labor certification under the H-2B temporary nonagricultural program.  **Exhibit 11**, at EPIC015494.

97.     Epic's application (Form ETA-9142B), which was approved by the U.S. Department of Labor, stated that Epic was seeking 67 workers to work as Landscape Laborers from February 1, 2021 to October 31, 2021.  *Id*. at EPIC015498.

98.     In that application, Epic stated that the anticipated days and hours of work per week were 8 hours per day, Monday through Friday.  *Id*. at EPIC015500.

99.     The application further described the duties to be performed, including "Mow, edge, mulch, aerate, weed, trim, water, sod, rake, dig, install sprinklers, install rock gardens and/or retaining walls and/or planters, operate vehicles and/or power equipment, fertilize, grub, plant, use, maintain, & repair tools/equipment, remove thatch/litter/debris.  Provide proper upkeep of all areas of job & other related Landscape Laborer activities as per SOC/OES 37-3011 (onetonlne.org)."  *Id*.

100.    The application states that the "Basic Wage Rate Paid" is $18.10 to $19.25.  *Id*. at EPIC015501.

101.    The application, in section F.B.8a. stated that the "Overtime Wage Rate Paid" is $27.02 to $28.88.  *Id*.

102.     The application stated that "Overtime hours will be available to the workers and payable at the rate discussed in Section F.B.8a of this application." *Id.*

103.     The application was signed by EPIC's agent at Labor Consultant's International and its attorney and CFO, Don Chapman, attesting that to the best of their knowledge, the information contained in the application is true and correct. *Id.* at EPIC015506-08.

104.     Don Chapman, EPIC's in-house counsel and CFO, attested that EPIC "will pay at least the offered wages" and "will comply with applicable Federal, State and local employment-related laws and regulations…." *Id.* at EPIC015506-07.

105.     In the Job Description, Epic stated that "hours may fluctuate (+/-), possible downtime and/or OT, if applicable.  Overtime not required.  This employer will also comply with all applicable, federal, state and local laws pertaining to overtime hours." *Id.* at EPIC015512.

<u>EPIC SEPARATELY CONFIRMS ITS COMPLIANCE</u>

On August 19, 2020, Epic Landscaping submitted a letter to the United States Citizenship & Immigration California Service Center that stated: "I am an employer with an approved temporary labor certification from the Department of Labor seeking permission to employ H-2B nonimmigrant workers for temporary employment in the United States and I agree to comply with all assurances, obligations, and conditions of employment as set forth in the Application for Temporary Employment Certification (Form ETA-9142B and Appendix B) certified by DOL for my business's job opportunity." **<u>Exhibit 12</u>**.

Dated: October 3, 2024.                    Respectfully submitted,

                                           **THE HODGSON LAW FIRM, LLC**

                                           /s/ Michael Hodgson
                                           Michael Hodgson KS Bar No. 21331
                                           3609 SW Pryor Rd.
                                           Lee's Summit, Missouri 64082
                                           (p) 816.600.0117
                                           (f) 816.600.0137
                                           mike@thehodgsonlawfirm.com


                                           **BERTRAM & GRAF, L.L.C.**

                                           By: /s/ Timothy R. West
                                               Timothy R. West, KS Bar #23892
                                               2345 Grand Boulevard, Suite 1925
                                               Kansas City, Missouri 64108
                                               Telephone:  (816) 523-2205
                                               Facsimile:  (816) 523-8258
                                               Email:  tim@bertramgraf.com

                                               *Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 3, 2024, the above Reply Memorandum in Support of the Amended Motion for Class Certification was filed using the court's CM/ECF system which sent notice to all counsel of record.

/s/ Timothy R. West
Attorney for Plaintiffs