IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSE GONZALEZ GOMEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>EPIC LANDSCAPE PRODUCTIONS, L.C.,<br>EPIC LANDSCAPE PRODUCTIONS, INC.,<br>JOHN CONSTANT, and MARTY SILER,<br><br>　　　　　Defendants. | Case No. 2:22-cv-02198-JAR-ADM |

## NOTICE OF SERVICE

Defendants Epic Landscape Productions, L.C., Epic Landscape Productions, Inc., John Constant, and Marty Siler ("Defendants"), by the undersigned counsel, hereby give notice that on January 2, 2025, Defendants served Defendants' Class Notice List, as ordered by the Court in Doc. 293 at ¶ 11, by electronic mail upon the following:

　　Mike Hodgson
　　mike@thehodgsonlawfirm.com

　　Tim West
　　tim@bertramgraf.com

　　*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　/s/ Alan L. Rupe
　　　　　　　　　　　　　　　　　　　Alan L. Rupe, KS #08914
　　　　　　　　　　　　　　　　　　　Jared Harpt, KS #30005
　　　　　　　　　　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP
　　　　　　　　　　　　　　　　　　　1605 N. Waterfront Parkway, Suite 150
　　　　　　　　　　　　　　　　　　　Wichita, KS  67206
　　　　　　　　　　　　　　　　　　　Telephone:   (316) 609-7900
　　　　　　　　　　　　　　　　　　　Facsimile:    (316) 462-5746
　　　　　　　　　　　　　　　　　　　alan.rupe@lewisbrisbois.com
　　　　　　　　　　　　　　　　　　　jared.harpt@lewisbrisbois.com

142672924.1

       and

       Eric W. Barth, KS #21193
       HINKLE LAW FIRM LLC
       1617 North Waterfront Parkway, Suite 400
       Wichita, KS  67206
       Telephone:   (316) 267-2000
       Facsimile:    (316) 630-8466
       ebarth@hinklaw.com

       *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2025, the above Notice of Service was filed using the Court's CM/ECF system which sent notice to all counsel of record.

       /s/ Alan L. Rupe
       Alan L. Rupe