# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JOSE GONZALEZ GOMEZ,** | ) |
| **On behalf of himself and** | ) |
| **all other persons similarly situated,** | ) |
| Plaintiff, | ) |
| vs. | )   Case No.: 2:22-cv-02198-JAR-ADM |
| **EPIC LANDSCAPE PRODUCTIONS, L.C., et al.** | ) |
| **Defendants**. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2025, Plaintiffs issued notice of class action lawsuit via USPS and electronic mail to the putative class members identified by Defendants pursuant to the Court's October 29, 2024 Order.

Respectfully Submitted,

**The Hodgson Law Firm, LLC**
 */s/ Michael Hodgson*
Michael Hodgson    MO Bar No. 63677
3609 SW Pryor Road
Lee's Summit, MO 64082
Tel: 816.600-0117
Fax: 816.600-0137
mike@thehodgsonlawfirm.com

and

**BERTRAM AND GRAFF, L.L.C.**

1

/s/Timothy R. West
Timothy R. West, KS Bar #23892
Bertram and Graf, L.L.C.
2345 Grand Blvd., Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile: (816) 523-8258
Email: tim@bertramgraf.com

**ATTORNEYS FOR PLAINTIFFS AND THE CLASS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2025, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of such filing to all counsel of record.

By: **/s/ Michael Hodgson**

**ATTORNEY FOR PLAINTIFFS**